# Commercial Property – Claim Reporting and Claim Questions

## Options for Reporting a New Claim

- **Telephone :**            **AIG CallOne<sup>sm</sup>:** 800-931-9546 24/7, 365 days/year
- **Fax :**                855-805-4125
- **Email :**              **Please send your email to:**

  NewLoss-USproperty&energy@aig.com

- **Mail :**                P.O. Box 25967, Shawnee Mission, KS 66225

Such notice shall include the Named Insured as shown on the Declarations, the policy number, the date of loss and a brief description of the potential claim.

## Options for Questions Regarding Existing/Previously Reported Claims

For questions regarding existing claims, contact should be made directly via phone or email with the assigned AIG Examiner. **However, in the instance where an AIG Examiner is unknown, please use the following methods to obtain the information:**

- **Claim Service Center: 877-873-9972**
- **AIG CallOne: 800-931-9546**



**_LEXINGTON_ INSURANCE COMPANY**
**ADMINISTRATIVE OFFICES: 99 HIGH STREET, BOSTON, MA, 02110**
**(hereinafter called the "Company")**

**COMMERCIAL PROPERTY POLICY DECLARATIONS**

POLICY NUMBER: 021565822                    RENEWAL OF: NEW

ITEM 1.        Named Insured: TRAVELCENTERS OF AMERICA INC. (TA)

              Address:        TWO NEWTON PLACE, 255 WASHINGTON STREET SUITE 300
                              NEWTON, MA 02458

ITEM 2.        Policy Period:        From 06/30/2019        To 06/30/2020
              at 12:01 AM Local Standard Time at the "location" of the property insured

ITEM 3.        Limit of Insurance:

              50.00% BEING $110,000,000 PART OF $220,000,000 PER OCCURRENCE IN
              EXCESS OF $30,000,000 PER OCCURRENCE

              Total Premium: $ 164,062

              Terrorism Premium: $ DECLINED

              Minimum Earned Premium: $ 41,016

ITEM 4.        Perils:

              ALL RISKS OF DIRECT PHYSICAL LOSS OR DAMAGE INCLUDING FLOOD, EARTH
              MOVEMENT AND EQUIPMENT BREAKDOWN AND AS FURTHER DESCRIBED IN
              THE POLICY FORM

ITEM 5.        Description of Property Covered:                    Coinsurance

              AS DESCRIBED IN THE POLICY FORM                      NOT APPLICABLE

ITEM 6.        Mortgagee Clause: Loss, if any shall be payable to:

              PER CERTIFICATES ON FILE WITH THE COMPANY

ITEM 7.        Forms Attached:

              SEE ATTACHED FORMS SCHEDULE



_____
Authorized Representative

        ©American International Group, Inc.
All Rights Reserved.

# FORMS SCHEDULE

Named Insured: TRAVELCENTERS OF AMERICA INC. (TA)

Policy No: 021565822                          Effective Date: 06/30/2019

| Form Number | Edition Date | Endorsement Number | Title |
|---|---|---|---|
| MANUSCRIPT | | | **COMMERCIAL PROPERTY POLICY DECLARATIONS** |
| | | | **MANUSCRIPT POLICY FORM** |
| | | 1 | **SUBSCRIPTION ENDORSEMENT (PRIMARY OR EXCESS) (BROKER ENDT)** |
| | | 2 | **DROP DOWN AND PRIORITY OF PAYMENTS (BROKER ENDT)** |
| | | 3 | **OCCURRENCE LIMIT OF LIABILITY (BROKER ENDT)** |
| | | 4 | **LOCATIONS IN FEMA SFHA FLOOD ZONES 'A' AND 'V' (BROKER ENDT)** |
| | | 5 | **TENANT MOVE BACK COSTS / TENANT RELOCATION EXPENSE (BROKER ENDT)** |
| | | 6 | **COMMUNICABLE DISEASE CONTAMINATION (BROKER ENDT)** |
| | | 7 | **GUEST PROPERTY/BRAND STANDARDS (BROKER ENDT)** |
| | | 8 | **TERRORISM EXCLUSION (BROKER ENDT)** |
| | | 9 | **WAR AND TERRORISM EXCLUSION (BROKER ENDT)** |
| | | 10 | **ECONOMIC SANCTIONS (BROKER ENDT)** |
| | | 11 | **ANTI-STACKING (BROKER ENDT)** |
| | | 12 | **UPGRADE TO GREEN$^{SM}$ - COMMERCIAL (BROKER ENDT)** |

|  |  | 13 | **ELECTRONIC DATA ENDORSEMENT A (BROKER ENDT)** |
|  |  | 14 | **HIGH HAZARD CONVECTIVE STORM ZONES (BROKER ENDT)** |
| PR9019 | 08/15 | 015 | **STANDARD PROPERTY CONDITIONS** |
| PR8530 | 08/09 | 016 | **MOLD / FUNGUS EXCLUSION** |
| PR9015 | 04/16 | 017 | **POLLUTION, CONTAMINATION, DEBRIS REMOVAL EXCLUSION ENDORSEMENT** |
| Y69813 | 02/98 | 018 | **COMBINED PROPERTY/BOILER & MACHINERY MILLENNIUM ENDORSEMENT** |

## POLICYHOLDER NOTICE

Thank you for purchasing insurance from a member company of American International Group, Inc. (AIG). The AIG member companies generally pay compensation to brokers and independent agents, and may have paid compensation in connection with your policy. You can review and obtain information about the nature and range of compensation paid by AIG member companies to brokers and independent agents in the United States by visiting our website at www.aig.com/producer-compensation or by calling 1-800-706-3102.

91222 (9/16)

# TRAVELCENTERS OF AMERICA INC. (TA)

| | |
|---|---|
| | |
| Policy Number: | 021565822 |
| Policy Period: | (A)  From: June 30, 2019<br>To: June 30, 2020<br>at 12:01 a.m. Local Standard time at the "location" of the property insured.<br><br>(B)  Any subsequent period as may be mutually agreed upon and for which Insurers shall accept a renewal premium. |
| Name of Insurer: | Lexington Insurance Company |

# CONTENTS

| | | |
|---|---|---|
| **I.** | **DECLARATIONS** | **6** |
| | A. The First Named Insured | 6 |
| | B. Broker | 6 |
| | C. Premium and the Policy Period | 7 |
| | D. Limits of Liability | 7 |
| | E. Deductibles | 10 |
| | F. Waiting Periods | 13 |
| | G. Loss Payable | 13 |
| | H. Schedule of Additional Insureds, Loss Payees and Mortgagees | 13 |
| | I. Adjustment of Losses | 13 |
| | J. Territory | 13 |
| | K. Governing Law and Jurisdiction | 13 |
| | L. Certificates of Insurance | 13 |
| | M. The First Named Insured's Contact | 14 |
| | N. Schedule of Endorsements at Inception | 15 |
| **II.** | **INSURING AGREEMENT** | **15** |
| **III.** | **PROPERTY INSURED** | **15** |
| | A. Real and Personal Property | 15 |
| | B. Extensions       15 | |
| | 1. Accounts Receivable | 16 |
| | 2. Automatic Coverage on Newly Acquired Property | 16 |
| | 3. Brands and Labels/Control of Damaged personal Property | 17 |
| | 4. Claims Preparation Expenses | 17 |
| | 5. Consequential Loss | 17 |
| | 6. Contamination Cleanup | 18 |
| | 7. Contractor's, Subcontractor's and Vendor's | 18 |
| | 8. Course of Construction | 18 |
| | 9. Deferred Payments | 18 |
| | 10. Debris Removal and Cost of Clean Up | 19 |
| | 11. Decontamination Costs | 19 |
| | 13. Demolition and Increased Cost of Construction | 20 |
| | 14. Destruction of Property at the Order of Public Authority | 20 |
| | 15. Electronic Data Processing Equipment, Media and Data | 20 |
| | 16. Expediting Expenses | 21 |
| | 17. Fine Arts and Antiques | 21 |
| | 18. "Improvements and Betterments" | 21 |
| | 19. Increased Tax Liability | 21 |
| | 20. Preservation of Property | 21 |
| | 21. Protection Devices | 21 |
| | 22. Removal | 21 |
| | 23. Service Charges | 22 |
| | 24. Service Interruption Property Damage | 22 |
| | 25. Transit | 22 |
| | 26. Valuable Papers and Records | 23 |
| | 27. Lost Key/Alternative Key Systems | 23 |

| IV. | PROPERTY EXCLUDED | 23 |
|---|---|---|
| | A.   Growing Crops | 23 |
| | B.   Standing Timber | 23 |
| | C.   Land, Water | 23 |
| | D.   Animals | 23 |
| | E.   Watercraft | 23 |
| | F.   Aircraft | 23 |
| | G.   Motor Vehicles | 24 |
| | H.   Off-Shore Property | 24 |
| | I.   Satellites and Spacecraft | 24 |
| | J.   underground mines and mining equipment | 24 |
| | K.   WATERBORNE SHIPMENTS | 24 |
| | L.   PROPERTY SOLD UNDER CONDITIONAL SALE | 24 |
| | M.   TRANSMISSION AND DISTRIBUTION LINES | 24 |
| **V.** | **TIME ELEMENT** | **24** |
| | A.   Business Interruption Gross Earnings | 24 |
| | B.   Business Interruption Loss of Profits | 26 |
| | C.   Extra Expense  28 | |
| | D.   Rental Value    28 | |
| | E.   Royalties        29 | |
| | F.   Leasehold Interest | 29 |
| | G.   Soft Costs       30 | |
| | H.   Evacuation expenses | 31 |
| | I    attraction property | 31 |
| | J.   Provisions Applicable to "Time Element" | 31 |
| **VI.** | **EXCLUSIONS** | **36** |
| | A.   Fraud            36 | |
| | B.   Embezzlement 36 | |
| | C.   Mysterious Disappearance | 36 |
| | D.   Inventory Shortage | 36 |
| | E.   Faulty Workmanship, Material, Construction or Design | 36 |
| | F.   Deterioration, Depletion, Rust, Etc. | 36 |
| | G.   Pollution, Contamination | 36 |
| | H.   Settling, Shrinkage or Expansions | 37 |
| | I.   Hostile or Warlike Action | 37 |
| | J.   Nuclear Reaction, Radiation or Radioactive Contamination | 38 |
| | K.   Mold, Mildew or Fungus | 38 |
| | L.   Loss From Manufacturing or Processing Operations | 39 |
| | M.   Animal, Insect or Vermin Damage | 39 |
| | N.   Asbestos Material | 39 |
| | O.   Electronic Date Recognition Exclusion | 40 |
| **VII.** | **VALUATION** | **40** |
| | A.   Replacement Cost | 40 |
| | B.   Finished Stock 41 | |
| | C.   Stock in Process | 41 |
| | D.   Raw Stock        41 | |
| | E.   Fine Arts, Antiques | 41 |
| | F.   Valuable Papers and Records | 41 |
| | G.   Film, Records, Manuscripts and Drawings | 42 |
| | H.   Electronic Media and Electronic Data | 42 |
| | I.   Property of Others | 42 |

|   | J.  | Technologically Obsolete | 42 |
|   | K.  | Property Sold by the Insured | 42 |
|   | L.  | historical landmark valuation | 42 |
|   | M.  | Warranties | 44 |
| **VIII.** | | **GENERAL CONDITIONS** | **44** |
|   | A.  | Additional Insureds, Loss Payees and Mortgagees | 44 |
|   | B.  | Appraisal | 45 |
|   | C.  | Breach of Warranty | 45 |
|   | D.  | Cancellation | 46 |
|   | F.  | Coinsurance | 46 |
|   | G.  | Control of Property | 46 |
|   | H.  | Errors and Omissions | 46 |
|   | I.  | Notice of Loss | 46 |
|   | J.  | Other Insurance | 46 |
|   | K.  | Payment of Loss | 47 |
|   | L.  | Proof of Loss | 47 |
|   | M.  | Required by Law | 47 |
|   | N.  | Right to Inspect | 47 |
|   | O.  | Salvages and Recoveries | 48 |
|   | P.  | Severability of Interests | 48 |
|   | Q.  | Subrogation | 48 |
|   | R.  | Suit Against the Insurer | 48 |
|   | S.  | Titles of Paragraphs | 49 |
| **IX.** | | **DEFINITIONS** | **49** |
|   | A.  | Actual Cash Value | 49 |
|   | B.  | Boiler and Machinery | 49 |
|   | C.  | Boiler and Machinery Ammonia Contamination | 50 |
|   | D.  | Boiler and Machinery Hazardous Substance | 50 |
|   | E.  | Boiler and Machinery Water Damage | 50 |
|   | F.  | Earthquake and Earthquake "Occurrence" | 50 |
|   | G.  | Finished Stock 50 | |
|   | H.  | First Named Insured | 50 |
|   | I.  | Flood and flood "occurrence" | 51 |
|   | J.  | General Average Contribution and Salvage Charges | 51 |
|   | K.  | High Hazard Zones for Earthquake | 51 |
|   | L.  | Improvements and Betterments | 52 |
|   | M.  | Insurable Interest of the Insured in Property of Others | 52 |
|   | N.  | Land Improvements | 52 |
|   | O.  | Location | 52 |
|   | P.  | Merchandise | 53 |
|   | Q.  | Miscellaneous Unreported Location | 53 |
|   | R.  | Named Storm and named storm "occurrence" | 53 |
|   | S.  | Net Sales Value of Production | 53 |
|   | T.  | Normal | 54 |
|   | U.  | Occurrence | 54 |
|   | V.  | Ordinary Payroll | 54 |
|   | W.  | Raw Stock | 54 |
|   | X.  | Stock in Process | 54 |
|   | Y.  | High Hazard Named Storm Zones USA – Tier 1 | 55 |
|   | Z.  | time element | 55 |
| **ENDORSEMENT NO. 1: SUBSCRIPTION ENDORSEMENT (PRIMARY OR eXCESS)** | | | **56** |

**ENDORSEMENT NO. 2:  DROP DOWN AND PRIORITY OF PAYMENTS**                       **57**

**ENDORSEMENT NO. 3:  OCCURRENCE LIMIT OF LIABILITY**                            **58**

**ENDORSEMENT NO. 4: LOCATIONS IN FEMA SFHA FLOOD ZONES 'A' AND 'V'**           **59**

**ENDORSEMENT NO. 5: TENANT MOVE BACK COSTS / TENANT RELOCATION EXPENSE**       **60**

**ENDORSEMENT NO. 6: COMMUNICABLE DISEASE CONTAMINATION**                        **61**

**ENDORSEMENT NO. 7: GUEST PROPERTY/BRAND STANDARDS**                            **63**

**ENDORSEMENT NO. 8: TERRORISM EXCLUSION**                                       **64**

**ENDORSEMENT NO. 9: WAR AND TERRORISM EXCLUSION**                               **65**

**ENDORSEMENT NO. 10: ECONOMIC SANCTIONS**                                       **66**

**ENDORSEMENT NO. 11:  ANTI-STACKING**                                           **67**

**ENDORSEMENT NO. 12: UPGRADE TO GREEN<sup>SM</sup> - COMMERCIAL**               **68**

**ENDORSEMENT NO. 13: ELECTRONIC DATA ENDORSEMENT A**                            **74**

**ENDORSEMENT NO. 14:  High Hazard Convective Storm Zones**                      **75**

# I.   DECLARATIONS

## A.   THE FIRST NAMED INSURED

TravelCenters of America Inc. (TA), The RMR Group LLC, and any owned, controlled, associated or affiliated subsidiary, company, corporation, organization, trust or association as now or may hereinafter be constituted or acquired; the interest of the "First Named Insured" in any partnership or joint venture, to the extent not otherwise insured; and any entity for which the "First Named Insured" has agreed to provide insurance, as their respective rights and interests appear and as defined in the Policy wording.

| | |
|---|---|
| The First Named Insured's Street Address: | Two Newton Place, 255 Washington Street, Suite 300 |
| City, State or Province, and Zip/Postal Code: | Newton, MA 02458 |
| Country: | USA |
| The Name of the First Named Insured's Contact: | Jennifer Clark |

Only the "First Named Insured" is authorized to cancel this policy and/or otherwise agree with this Insurer to make changes to the terms and conditions contained herein. Any return premium resulting from any adjustment of the premium or cancellation of the policy prior to expiration shall be returned to the "First Named Insured" unless otherwise instructed in writing by the "First Named Insured".

## B.   BROKER

| | |
|---|---|
| Willis Location Name: | Willis of New York, Inc. |
| Street Address: | Brookfield Place, 200 Liberty Street, 7th Floor |
| City, State or Province, and Zip/Postal Code: | New York, NY 10281 |
| Country: | USA |
| Telephone Number: | 617-351-7421 |
| Name of Contact: | Sharon Lundin |

## C.    PREMIUM AND THE POLICY PERIOD

In consideration of the premium negotiated and agreed, this Policy attaches and insures for a period of one (1) year, from June 30, 2019 to June 30, 2020, beginning and ending at 12:01 AM Local Standard Time at the "location" of the property insured.

Interim Premium Adjustments (Additions/Deletions)

The Insured will report Newly Acquired and divested "locations" on a quarterly basis. Additional and return premiums will be calculated on a pro-rata basis at the rates outlined in the agreed Rate Matrix.

## D.    LIMITS OF LIABILITY

The Insurer's maximum Limit of Liability in a single "occurrence" regardless of the number of "locations" or coverages involved shall not exceed the Policy Limit of Liability of USD250,000,000.

When a Limit of Liability applies to a specific peril, such Limit shall be the maximum amount payable for any loss or damage arising from direct physical loss, damage or destruction of the type insured by this policy.

Sub-limits stated in the Sub-limits schedule, or elsewhere in this Policy, shall apply as a part of and not in addition to the Policy Limit of Liability. Limits and sub-limits do not include the amount of any applicable Deductibles.

Limits of Liability apply per "occurrence" unless otherwise stated. When a Sub-limit of Liability is shown as applying in the aggregate during any Policy year, the Insurer's maximum Limit of Liability shall not exceed such Limit during any Policy year regardless of the number of "locations", coverages or "occurrence"(s) involved.

Schedule of 100% Program Sub-limits (all in United States Dollars)

Property Damage and "Time Element" coverages are subject to the following Sub-limits, unless otherwise stated:

| USD25,000,000 | Accounts Receivable |
|---|---|
| ***USD50,000,000 subject to USD25,000,000 annual aggregate for Flood & EarthMovement and USD25,000,000 per occurrence for Named Windstorm.*** | Automatic Coverage on Newly Acquired Property, Property Damage and "Time Element" combined (not to exceed the number of days shown in Time Limits in DECLARATIONS) |
| USD2,500,000 | Brands and Labels |
| USD2,500,000 | Brand Standards |
| USD5,000,000 | Claims Preparation Expenses |
| USD2,500,000; 30 days | Communicable Disease Contamination, in the aggregate during |

| | |
|---|---|
| maximum period of indemnity | any Policy Year |
| USD5,000,000 | Contamination Cleanup, land and water, in the aggregate during any Policy year |
| USD25,000,000 | Contingent "Time Element" as respects Suppliers and Receivers |
| 30 Days, subject to maximum per occurrence sublimit of USD15,000,000 and a distance limitation of 5 miles | Attraction Property |
| USD50,000,000 | Course of Construction, Property Damage and "Time Element" combined |
| USD100,000,000 | Debris Removal and Cost of Clean-up |
| USD5,000,000 | Decontamination Costs, in the aggregate during any Policy Year |
| Policy Limit | Demolition and Increased Cost of Construction Property Damage and "Time Element" combined, however the full policy limit of liability applies to the undamaged portion of insured property. |
| USD2,500,000 | Docks, Piers, Wharves, Bridges, Dams and Dikes |
| USD10,000,000 | Downzoning |
| USD100,000,000 | "Earthquake" in the aggregate during any Policy year, Property Damage and "Time Element" combined on all "locations" except California Earthquake Zones. |
| USD30,000,000 | "Earthquake" in the aggregate during any Policy year, Property Damage and "Time Element" combined, on all "locations" located in California. This limit is in addition to and not part of USD100,000,000 "All Locations" limit. |
| USD25,000,000 | Electronic Media, Property Damage and "Time Element" combined |
| USD25,000,000 | Errors and Omissions |
| USD10,000,000 | Evacuation Expense |
| USD50,000,000 | Expediting Expense |
| USD100,000,000 | Extra Expense |
| USD100,000,000 | "Flood" in the aggregate during any Policy year, Property Damage and "Time Element" combined on all "locations" except buildings and structures located in National Flood Insurance Plan Zones with prefixes A and V per Endorsement #4. |

| | |
|---|---|
| USD30,000,000 | "Flood" in the aggregate during any Policy year, Property Damage and "Time Element" combined for buildings and structures located in National Flood Insurance Plan Zones with prefixes A and V per Endorsement #4. This limit is in addition to and not part of $100,000,000 "all locations" limit |
| USD25,000,000 | "Fine Arts and Antiques" |
| USD1,000,000 | Fire Department Service Charges and Extinguishing Expenses |
| USD2,500,000 | Furs, Jewels, Bullion and Precious Metals |
| USD2,000,000 | "Green" Property Enhancement |
| USD25,000,000 | Leasehold Interest |
| ***USD50,000,000 subject to USD15,000,000 per occurrence for Named Windstorm.*** | "Miscellaneous Unreported Locations," Property Damage and "Time Element" combined |
| USD5,000,000 | Mobile Equipment |
| USD15,000,000 | Mold, Mildew and Fungus in the annual aggregate during the Policy Year, Property Damage and Time Element Combined |
| USD50,000,000 | Service Interruption Property Damage and "Time Element" combined |
| 30 Days, subject to a maximum per occurrence sublimit of $2,500,000 | Special Time Element – Cancellation Coverage |
| USD5,000,000 | Tenant Relocation and Move Back Expenses |
| USD5,000,000 | Tenant Move Back Expenses |
| USD5,000,000 | Transit (per conveyance) Property Damage and Time Element Combined |
| USD50,000,000 | Valuable Papers and Records |
| USD 5,000,000 | Defense Expenses |
| USD 1,000,000 | Lost Key/ Alternative Key Systems |
| USD 10,000,000 | Preservation of Property |
| USD 10,000,000 | Deferred Payments |
| USD 10,000,000 | Royalties |

| Policy Limit | "Boiler & Machinery" |
|---|---|
| USD1,000,000 | Boiler and Machinery Expediting Expenses |
| USD1,000,000 | Boiler and Machinery Hazardous Substances |
| USD 1,000,000 | Boiler and Machinery Perishable Goods/Spoilage/Consequential Loss |
| USD 1,000,000 | Boiler and Machinery Soft Costs |
| USD 1,000,000 | Boiler and Machinery Ammonia Contamination |

Time Limits – the following "Time Element" coverages/extensions are subject to the following Time Limits:

| Time Limits | Coverage/Extension of Coverage |
|---|---|
| 365 Consecutive days | Extended Period of Recovery |
| 90 Consecutive days limit | Automatic Coverage on Newly Acquired Property |
| 60 Consecutive days limit | Period of Recovery and Extended Period of Recovery combined Applicable to Interruption by Civil or Military Authority |
| 60 Consecutive days limit | Period of Recovery and Extended Period of Recovery combined Applicable to Loss of Ingress or Egress |

## E.   DEDUCTIBLES

The Insurer shall be liable for each loss separately occurring or for the sum of all losses arising from the same "occurrence" excess of USD250,000, otherwise excess of:

| With respect to any "Earthquake" at "locations" in the State of California applied separately at each "location" for which a claim is made, the Deductible shall be: | Separately:<br><br>Five percent (5%) of the value of the "unit of insurance" for which the Insured is making a claim against this policy. The deductible shall apply separately to each "unit of insurance", per the latest Statement of Values on file with the Company and will be subject to a minimum of $250,000. |
|---|---|
| With respect to any "Earthquake" at "locations" in the State of Hawaii, New Madrid Earthquake Zones or Pacific Northwest Earthquake Zones applied separately at each "location" for which a claim is made, the Deductible shall be: | Separately:<br><br>Two percent (2%) of the value of the "unit of insurance" for which the Insured is making a claim against this policy. The deductible shall apply separately to each "unit of insurance", per the latest Statement of Values on file with the Company and will be subject to a minimum of $250,000 |

| | |
|---|---|
| With respect to any High Hazard "Named Storm" at "locations" within the State of Florida applied separately at each "location" for which a claim is made, the Deductible shall be: | Separately:<br><br>Five percent (5%) of the value of the "unit of insurance" for which the Insured is making a claim against this policy. The deductible shall apply separately to each "unit of insurance", per the latest Statement of Values on file with the Company and will be subject to a minimum of $250,000 |
| With respect to any High Hazard "Named Storm" at "locations" within all other "Tier 1 Zones," applied separately at each "location" for which a claim is made, the Deductible shall be: | Separately:<br><br>Three percent (3%) of the value of the "unit of insurance" for which the Insured is making a claim against this policy. The deductible shall apply separately to each "unit of insurance", per the latest Statement of Values on file with the Company and will be subject to a minimum of $250,000 |
| With respect to Tornado/Convective Storm and Hail at "locations" within "High Hazard Convective Storm Zones," applied separately at each "location" for which a claim is made, the Deductible shall be: | Two percent (2%) of the value of the "unit of insurance" for which the Insured is making a claim against this policy. The deductible shall apply separately to each "unit of insurance", per the latest Statement of Values on file with the Company and will be subject to a minimum of $250,000 |
| With respect to any "Flood" when buildings and structures are located in a Special Flood Hazard Area (SFHA) as defined by the Federal Emergency Management Agency (FEMA)As Per Locations Scheduled in Endorsement No. 4) | Non-Residential Properties:<br>$500,000 per building, $500,000 contents per building, $100,000 per occurrence as respect Time Element |
| Transit per conveyance | USD100,000 |
| Electronic Media and Electronic Data | USD100,000 |

1. If two or more Deductible amounts in this Policy apply to an "occurrence" the Deductibles shall be applied separately but the cumulative deductions so calculated shall not exceed the largest Deductible applicable. For the purposes of this provision, the total amount of the deductibles calculated on "units of insurance" for any one occurrence shall be considered a single deductible.

2. "Time Element" values shall not be included in the calculation of the "occurrence" Deductible at any "location" for which no "Time Element" claim is made. Property damage values shall not be included in the calculation of the "occurrence" Deductible at any "location" for which no property damage claim is made.

3. Should the amount of loss payable under the Insured's "primary policy" or by local, state or governmental funding organizations exceed the largest applicable Deductible of this Policy, then no Deductible shall apply hereunder. However, if the amount to be paid under the Insured's "primary

policy" or by local, state or governmental funding organizations is less than the largest applicable Deductible of this Policy, then the amount to be deducted hereunder shall not exceed the difference between the amount to be paid under the Insured's "primary policy" or by local, state or governmental funding organizations and the largest applicable Deductible of this Policy.

4.  The following shall be considered a separate "unit of insurance":

    (a)  the reported value on file with the Insurer of each separate building or structure
    (b)  the reported value on file with the Insurer of all personal property at each separate building or structure
    (c)  the reported value on file with the Insurer of all inventory at each separate building or structure
    (d)  the reported value on file with the Insurer in each yard at each separate building or structure
    (e)  the actual value of BUSINESS INTERRUPTION GROSS EARNINGS and BUSINESS INTERRUPTION LOSS OF PROFITS for the twelve (12) months immediately following the date of the direct physical loss, damage or destruction.

    As respects any other "Time Element" loss, no deductible shall apply except as outlined in (a), (b), (c), (d) and (e) above.

    "Unit of Insurance" as per the latest Statement of Values on file with Insurer.

    If a "unit of insurance" has not been reported then the value for deductible purposes will be calculated at the time of loss.

    All as per the valuation clause of the policy

5.  In any occurrence where loss or damage is caused by more than one peril insured against under this policy, or at more than one location, or building insured under this policy, the Insured shall have the right to separate the loss amount by peril, location, or building, for the purposes of application of the deductible(s) specified in this section, notwithstanding the above reference to two or more deductibles and the policy limits.

6.  As respects "Flood", "Earthquake" and "Named Storm" as defined in this policy, in the event that the Insured maintains underlying insurance through the National Flood Insurance Program, it is agreed that this policy excludes the peril of "Flood", "Earthquake" and "Named Storm" to the extent of recovery under such National Flood Insurance Policy(ies). Should the amount of loss payable under such National Flood Insurance Policy(ies) exceed the applicable "Flood", "Earthquake", or "Named Storm" deductible under this policy, then no deductible shall apply hereunder. However, if the amount to be paid under such National Flood Insurance Policy(ies) is less than the applicable "Flood", "Earthquake", or "Named Storm" deductible under this policy, then the amount to be deducted hereunder shall not exceed the difference between the amount to be paid under the Insured's National Flood Insurance Policy(ies) and the applicable "Flood", "Earthquake", or "Named Storm" deductible under this policy. Insurance maintained through the National Flood Insurance Program shall be considered Underlying Insurance.

7.  As respects theft, the term Occurrence as referred to elsewhere with this policy is defined as the sum total of all losses of covered property resulting from one or more concealed acts committed by one person or more than one person acting in unison to the extent such loss is not otherwise excluded under this policy.

## F.   WAITING PERIODS

| Continuous Hours | Coverage/Extension of Coverage |
|---|---|
| 24 Continuous Hours | Service Interruption |

The Insurer shall not be liable for any "Time Element" loss to which a Waiting Period applies unless the interruption exceeds the Waiting Period in which case the loss shall be calculated from the commencement of the "occurrence" and the Deductible specified above shall apply.

## G.   LOSS PAYABLE

Loss, if any, shall be adjusted with and payable to the "First Named Insured" (s) or their order, whose receipt shall constitute a release in full of all liability under this Policy with respect to such loss.

## H.   SCHEDULE OF ADDITIONAL INSUREDS, LOSS PAYEES AND MORTGAGEES

Per Certificates of Insurance

## I.   ADJUSTMENT OF LOSSES

Any claims for loss under this policy will be adjusted by the McLarens Young International located at 1 Battery Park Plaza, New York, NY 10004 unless otherwise agreed by the Insured and the Insurer.

## J.   TERRITORY

Coverage under this policy applies to Occurrences within The United States of America within the Fifty (50) States, Puerto Rico, the District of Columbia and Canada, including their respective coastal waters.

## K.   GOVERNING LAW AND JURISDICTION

Any interpretation of this Policy or issue relating to its construction, validity or operation shall be determined by the laws of the United States or of any applicable state in the United States. The parties will submit to the exclusive jurisdiction of the applicable court within the United States.

## L.   CERTIFICATES OF INSURANCE

Any certificate of insurance or evidence of property insurance documents issued in connection with this Policy shall be issued solely as a matter of convenience or information for the addressee or holder of said certificate or evidence of insurance, except where any Additional Insured(s), Mortgagee(s) or Loss Payee(s) is named or any waiver of subrogation granted pursuant to the Special Provisions of the certificate of insurance or evidence of property insurance. In the event any Additional Insured(s), Mortgagee(s) or Loss Payee(s) are named, this Policy shall be deemed to have been endorsed accordingly, subject to all other terms, conditions and exclusions stated in this Policy.

Willis may issue such certificates of insurance and evidence of property insurance documents.

## M.   THE FIRST NAMED INSURED'S CONTACT

The "First Named Insured" may, at any time, change the name of the First Named Insured's Contact identified in the Declarations by notifying the Insurer in writing.

## N.   SCHEDULE OF ENDORSEMENTS AT INCEPTION

| | |
|---|---|
| Endorsement #1 | SUBSCRIPTION ENDORSEMENT |
| Endorsement #2 | DROP DOWN AND PRIORITY OF PAYMENTS |
| Endorsement #3 | OCCURRENCE LIMIT OF LIABILITY |
| Endorsement #4 | LOCATIONS IN FEMA SFHA FLOOD ZONES A AND V' |
| Endorsement #5 | TENANT MOVE BACK COSTS / TENANT RELOCATION EXPENSE |
| Endorsement #6 | COMMUNICABLE DISEASE ENDORSEMENT |
| Endorsement #7 | GUEST PROPERTY/BRAND STANDARDS |
| Endorsement #8 | TERRORISM EXCLUSION |
| Endorsement #9 | WAR AND TERRORISM EXCLUSION |
| Endorsement #10 | ECONOMIC SANCTIONS |
| Endorsement #11 | ANTI-STACKING |
| Endorsement #12 | UPGRADE TO GREEN - COMMERCIAL |
| Endorsement #13 | ELECTRONIC DATA ENDORSEMENT A |
| Endorsement #14 | HIGH HAZARD CONVECTIVE STORM ZONES |

# II.   INSURING AGREEMENT

This policy insures against all risks of direct physical loss, damage or destruction occurring during the term of this policy to the type of property insured hereunder including "General Average Contributions and Salvage Charges" and all other charges on shipments insured hereunder except as hereinafter excluded.

Assignment of this Policy shall not be valid except with the written consent of the Insurer.

# III.   PROPERTY INSURED

Except as hereinafter excluded, this Policy insures:

## A.   REAL AND PERSONAL PROPERTY

The insurable interest of the Insured in all real and personal property of the type insured by this policy, at a "location" or within 1000 feet thereof and while in the due course of Transit including:

1.   Property while in the course of construction, erection assembly and/or installation;

2.   the "Insurable interest of the Insured in property of others" in the care, custody or control of the "Insured" and;

3.   at the option of the "Insured", business personal property of officers, directors and employees of the Insured while at a "location" or anywhere within the Policy territory when the officer, director or employee is acting on behalf of the Insured.

## B.   EXTENSIONS

This policy also insures:

1.  ACCOUNTS RECEIVABLE

    a.  All sums due the Insured from customers, provided the Insured is unable to effect collection thereof as the result of direct physical loss, damage or destruction of records of accounts receivable by a peril insured by this Policy;

    b.  Interest charges on any loan to offset impaired collections pending repayment of such sums made uncollectible by such loss or damage;

    c.  Collection expense in excess of normal collection cost and made necessary because of such loss or damage;

    d.  Other expenses, when reasonably incurred by the Insured in re-establishing records of accounts receivable following such loss or damage.

    e.  For the purpose of this Accounts Receivable insurance, credit card company charge media shall be considered to represent sums due the Insured.

    f.  When there is proof that a loss of records of accounts receivable has occurred but the Insured cannot more accurately establish the total amount of accounts receivable outstanding as of the date of such loss, such amount shall be computed as follows:

        i.   The monthly average of accounts receivable during the last available twelve months shall be adjusted in accordance with the percentage of increase or decrease in the twelve months average of monthly gross revenues which may have occurred in the interim.

        ii.  The monthly amount of accounts receivable thus established shall be further adjusted in accordance with any demonstrable variance from the average for the particular month in which the loss occurred, due consideration also being given to the normal fluctuations in the amount of accounts receivable within the fiscal month involved.

    There shall be deducted from the total amount of accounts receivable, however established, the amount of such accounts evidenced by records not lost or damaged, or otherwise established or collected by the Insured, and an amount to allow for probable bad debts which would normally have been uncollectible by the Insured.

2.  AUTOMATIC COVERAGE ON NEWLY ACQUIRED PROPERTY

    The insurable interest of the Insured in real and personal property of the type insured by this Policy that becomes at the risk of the Insured after the inception date of this Policy at any newly acquired "location" within the territorial limits of this Policy. This coverage applies until one of the following events occurs:

    a.  Insurance on the "location" is bound by the Insurer.

    b.  Agreement is reached that the "location" shall not be insured under this Policy.

    c.  Expiration of the Time Limit shown in DECLARATIONS section. The Time Limit begins on the date of knowledge of such "location" by the First Named Insured's Contact identified in the Declarations.

If not reported to the Insurer within the time defined above, such "locations" shall be subject to the "Miscellaneous Unreported Location" sublimit in the Limits of Liability.

3.  BRANDS AND LABELS/CONTROL OF DAMAGED PERSONAL PROPERTY

    a.  Brands and Labels: In case of direct physical loss, damage or destruction, by a peril insured by this Policy, of personal property bearing a brand or trademark, or the name of the Insured, which in any way carries or implies the guarantee or the responsibility of the manufacturer or the Insured, the salvage value of such damaged personal property shall be determined after removal in the customary manner of all such brands or trademarks or other identifying characteristics. The cost of such removal shall be included as a part of the claim.

    b.  Control of Damaged Personal Property: The Insured shall have full right to the possession of all personal property involved in any claims under this Policy and shall retain control of all lost, damaged or destroyed personal property including food, medical supplies and pharmaceuticals. The Insured, exercising a reasonable discretion, shall be the sole judge as to whether the personal property involved in any loss under this Policy is fit for sale or use. No personal property so deemed by the Insured to be unfit for sale or use shall be sold or otherwise disposed of except by the Insured or with the Insured's consent, but the Insured shall allow this Insurer any salvage obtained by the Insured on any sale or other disposition of such personal property.

4.  CLAIMS PREPARATION EXPENSES

    This policy is extended to include reasonable and necessary expenses incurred by the Insured, , for preparing and certifying particulars or details of the Insured's business in order to determine the amount of loss payable under this Policy in the event of a claim. This policy is extended to include reasonable and necessary fees charged by the Property Manager for handling the claim.

    There shall be no coverage under this policy for expenses incurred by the Insured in utilizing the services of Attorneys, Public Adjusters, or any of their subsidiary, related or associated entities. We will not pay for expenses incurred by you to utilize the services of insurance agents or brokers, however, this exclusion shall not apply to your insurance agent's or broker's subsidiaries, related, or associated entities. This Policy also excludes any fees or costs for consultation on coverage or negotiation of claims, and the costs or expenses of overhead or operating expenses of any Insured, including salaries of such Insured's employees.

5.  CONSEQUENTIAL LOSS

    a.  In the event of direct physical loss, damage or destruction insured by this Policy to any property situated on the described premises and if such direct physical loss, damage or destruction, without the intervention of any other independent cause, results in a sequence of events which causes physical damage to other property insured by this Policy, then this Policy will insure such resulting loss or damage. Nothing in this clause shall be deemed to extend this insurance to property which is otherwise specifically excluded from coverages by the terms of this policy.

    The liability of the Insurer includes only the direct physical loss, damage or destruction incurred during such period as would be required with the exercise of due diligence under normal conditions to repair or replace the damaged property, and does not included any

liability resulting from inability of the Insured to make repairs or replacements because of strikers or labor disputes.

b.   The reduction in value of undamaged insured articles that are a part of pairs or sets, including components or parts of similar inventory-type property and including merchandise usually sold by lots, sizes, color ranges or other classifications, when such reduction in value results from loss, damage or destruction of other insured articles, components or parts of such property by a peril insured by this Policy;

In the event of such direct physical loss, damage or destruction, the measure of recovery for such articles shall be, at the Insured's option:

The reduction in value of undamaged insured components or parts of property resulting from direct physical loss or damage Insured by this Policy to other insured components or parts of such property; or, the full value of the pair or set.

6.   CONTAMINATION CLEANUP

Notwithstanding anything in this Policy to the contrary, such reasonable and necessary costs or expenses incurred to clean up and/or remove polluted or contaminated land and/or water from an insured "location" provided the contamination or pollution results directly from direct physical loss, damage or destruction of property insured by a peril insured by this Policy, and provided such expenses are reported to the Insurer within 365 days of the date of the direct physical loss, damage or destruction as covered under this policy.

7.   CONTRACTOR'S, SUBCONTRACTOR'S AND VENDOR'S

Contractor's and/or subcontractor's and vendor's interests in property insured to the extent of the Insured's liability imposed by law or assumed by written contract, prior to the date of physical loss or damage. This coverage extension shall not extend to Time Element coverage.

8.   COURSE OF CONSTRUCTION

New buildings and structures, and machinery and equipment installed therein, in the course of construction and installation, at both new and existing "locations." This policy also insures property to be used in the course of construction while at offsite storage "locations". Maintenance, repair, renovation and refurbishment at existing locations is not considered to be in the Course of Construction.

9.   DEFERRED PAYMENTS

This Policy insures direct physical loss damage or destruction to Personal Property of the type insured sold by the Insured under a conditional sale or trust agreement or any instalment or deferred payment plan and after such property has been delivered to the buyer. Coverage is limited to the unpaid balance for such property.

In the event of loss to property sold under deferred payment plans, the Insured will use all reasonable efforts, including legal action, if necessary, to effect collection of outstanding amounts due or to regain possession of the property.

This policy does not insure:

    a.   pertaining to products recalled including, but not limited to, the costs to recall, test or to advertise such recall by the Insured.

    b.   from theft or conversion by the buyer of the property after the buyer has taken possession of such property

    c.   to the extent the buyer continues payments

    d.   not within the territory of this policy

## 10.  DEBRIS REMOVAL AND COST OF CLEAN UP

Notwithstanding the provisions of any exclusion contained herein or any provision respecting pollution and/or contamination, in the event of direct physical loss, damage or destruction of covered property by a peril insured by this Policy, this Policy (subject otherwise to its terms, conditions, and limitations, including but not limited to any applicable Deductible) insures:

    a.   Expenses necessarily and reasonably incurred in removal of any debris from the "location" of the insured direct physical loss, damage or destruction and/or removal of covered property from other premises when blown by wind, carried by water, propelled by collapse orexplosion,

       and/or

    b.   Cost of clean-up at the "location" made necessary as a result of direct physical loss, damage or destruction of property by a peril insured by this Policy,

Provided such expenses are reported to the Insurer within 365 days of the date of the direct physical loss, damage or destruction.

This provision does not insure against the costs of decontamination or removal of water, soil or any substance not insured by this Policy on or under such "location" except as provided in clause 6, Contamination Clean-up.

It is a condition precedent to recovery under this provision that the Insurer shall have paid or agreed to pay for direct physical loss, damage or destruction of property insured unless such payment is precluded solely by the operation of any Deductible.

## 11.  DECONTAMINATION COSTS

Notwithstanding the provisions of any exclusion contained herein or any provision respecting pollution and/or contamination, if property insured is contaminated as a result of direct physical loss, damage or destruction by a peril insured by this Policy and there is in force at the time of the loss any law or ordinance regulating contamination, including but not limited to the presence of pollutants or contaminants, this Policy insures, as a result of enforcement of such law or ordinance, the increased cost of decontamination and/or removal of such contaminated property insured in a manner to satisfy such law or ordinance. This provision applies only to that part of insured property contaminated as a result of insured direct physical loss, damage or destruction by a peril insured by this Policy.

12.  DEFENSE EXPENSES

With respect to the interest of the Insured in property of others in the Insured's care, custody or control, this Policy shall defend any suit against the Insured alleging liability for direct physical loss, damage or destruction, by a peril insured by this Policy, of the property, even if such suit is groundless, false or fraudulent; but the Insurer may without prejudice, make such investigation, negotiation and settlement of any claim or suit the Insurer deems expedient.

13.  DEMOLITION AND INCREASED COST OF CONSTRUCTION

If, as a result of direct physical loss, damage or destruction by a peril insured by this Policy reconstruction, restoration, repair or use of property insured is regulated or prohibited by the enforcement of any law, ordinance, regulation or governmental directive which is in force at the time of the direct physical loss, damage or destruction, this Policy insures:

a.   The cost of demolition and clearing the site of loss of both the damaged and the undamaged property; and

b.   The cost to rebuild the undamaged part of the insured property;

c.   The costs to (re)construct, restore, or repair such property as may be required to bring both the damaged and the undamaged property into full compliance with any applicable law, ordinance, regulation or governmental directive;

The Insured has the option to rebuild or reconstruct on the same or another site but recovery hereunder shall be limited to the cost to rebuild or reconstruct on the original site.

However, if the Insured elects not to rebuild, this Policy shall pay for the cost of demolition and clearing the site of loss of both the damaged and the undamaged property; and the "actual cash value" of both the damaged and the undamaged property.

Notwithstanding the foregoing, this Policy does not insure such costs when necessitated by the enforcement of any law or ordinance regulating any form of pollution, contamination, or asbestos material.

14.  DESTRUCTION OF PROPERTY AT THE ORDER OF PUBLIC AUTHORITY

Any destruction of property insured at the order of public authority at the time of and for the purpose of preventing direct physical loss, damage, destruction by a peril insured by this Policy.

15.  ELECTRONIC DATA PROCESSING EQUIPMENT, MEDIA AND DATA

'Electronic data processing equipment', including but is not limited to mainframes, servers, workstations and portable computers, personal information managers, wide and local area network hardware, electronic and electromechanical equipment, electronic controls for machinery, electronically programmed memory chips and electronically controlled communication equipment.

Subject to Electronic Media and Electronic Data in EXCLUSIONS, this Policy also insures 'electronic media' meaning any physical device that holds, stores, contains or transfers 'electronic data,' and includes but is not limited to disks, drives, films, tapes, records, drums or cells. This Policy also insures 'electronic data' meaning facts, concepts or information, including compilations thereof, in a form useable or intended for use or processing by electronic data processing

equipment or for storage on electronic media. 'Electronic data' includes but is not limited to files, programs, applications, operating systems, and other coded instructions for the processing calculation and storage of facts, concepts and information by electronic data processing equipment.

16. EXPEDITING EXPENSES

In the event of direct physical loss, damage or destruction of property insured by a peril insured by this Policy, this Policy insures the reasonable extra cost to make temporary repairs to covered property, expedite permanent repairs, and expedite permanent replacement of such covered property.

17. FINE ARTS AND ANTIQUES

Any paintings, etchings, pictures, tapestries, art glass windows and other bona fide works of art (such as valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, porcelain and bric-a-brac) of rarity, historical value, monetary value or artistic merit against direct physical loss, damage or destruction by a peril insured by this Policy. Additional exclusion applying to fine arts and antiques: This Policy does not insure against direct physical loss, damage or destruction of fine arts or antiques from any repairing, restoration or retouching process.

18. "IMPROVEMENTS AND BETTERMENTS"

All "improvements and betterments" installed by the Insured, or in which the Insured has a use interest, against direct physical loss, damage or destruction by a peril insured by this Policy. Insurers agree to accept and consider the Insured as the only and the unconditional owner of improvements and betterments irrespective of any provisions of any contract, lease or agreement to the contrary.

19. INCREASED TAX LIABILITY

Loss sustained by the Insured in the event that the tax treatment of loss recoveries under any provision of this Policy differs from the tax treatment that would have been experienced by the Insured had no direct physical loss, damage or destruction by a peril insured by this Policy occurred.

20. PRESERVATION OF PROPERTY

In case of actual or imminent direct physical loss, damage or destruction by a peril insured by this Policy, the expenses incurred by the Insured in making reasonable efforts to protect property from physical loss or damage shall be added to the total direct physical loss, damage or destruction, if any, otherwise recoverable under the Policy.

21. PROTECTION DEVICES

Expenses incurred to recharge or refill fire protection devices provided such is necessitated by an accidental discharge or by an insured loss.

22. REMOVAL

The cost of removal and temporary storage of insured property which in imminent danger of direct physical loss, damage or destruction by a peril insured by this Policy.

23. SERVICE CHARGES

Service charges and expenses including Fire Department, Police, Rescue Squad, and any government or authority charges incurred by the Insured because of an "occurrence" of a peril insured by this Policy.

24. SERVICE INTERRUPTION PROPERTY DAMAGE

Direct physical loss, damage or destruction of insured property resulting from direct physical loss, damage or destruction, by a peril insured by this Policy, of property of a supplier of fuel, electricity, steam, water, gas, refrigeration, sewerage or telecommunications, including poles, towers, and transmission or distribution lines beyond 1,000 feet of the insured property.

25. TRANSIT

a.  Direct physical loss, damage or destruction, by a peril insured by this Policy, of shipments (including fuel in transit) within and between the territorial limits of this Policy, including the coastal waters thereof, by any means of conveyance, from the time the property is moved for purpose of loading and continuously thereafter while awaiting and during loading and unloading and in temporary storage, including temporary storage on any conveyance intended for use for any outbound or used for any inbound shipment, including during deviation and delay, until safely delivered and accepted at place of final destination.

b.  Direct physical loss, damage or destruction, by a peril insured by this Policy, of property:

    i.   Sold and shipped by the Insured under terms of F.O.B. point of origin or other terms usually regarded as terminating the shipper's responsibility short of points of delivery;

    ii.  Arising out of any unauthorized person(s) representing themselves to be the proper party(ies) to receive goods for shipment or to accept goods for delivery;

    iii. Occasioned by the acceptance by the Insured, by its agents, or by its customers of fraudulent bills of lading, shipping and delivery orders, or similar documents;

    iv.  Returned shipments by the Insured.

    v.   At the Insured's option, property that is incoming to the Insured.

c.  Air and waterborne shipments within a single country; or air and inland waterway shipments to, from, and between countries in Continental Europe

d.  This Policy does not insure export shipments after loading on board an overseas vessel, watercraft, or aircraft, or after ocean marine insurance attaches, whichever occurs first; or import shipments prior to discharge from an overseas vessel, watercraft, or aircraft, or until ocean marine insurance terminates, whichever occurs later. However, this exclusion shall not apply to: Ferry shipments transporting over-the-road conveyances to, from, and between countries in Continental Europe, the United Kingdom, and Ireland.

26.  VALUABLE PAPERS AND RECORDS

Valuable papers and records of all kinds and descriptions, including plans, drawings, blueprints, photographs, specifications, manuscripts, deeds, notes, evidences of debt or ownership or other documents, against direct physical loss, damage or destruction by a peril insured by this Policy. 'Valuable paper and records' does not include 'media' as defined and insured below.

27.  LOST KEY/ALTERNATIVE KEY SYSTEMS

This policy is extended to cover the consequential loss to keys and locks if a master key or grand master key is lost or damaged directly resulting from an insured peril. The policy will provide payment for the actual cost to replace the keys, adjustment of locks to accept new keys, or if required, new locks including the cost of their installation. Further, the policy is extended to cover loss or damage directly resulting from an insured peril to alternative key systems, such as mechanically or electronically coded key cards, including card programmer, card readers, computers, related alarms, transreceivers, power supplies and any other electronic or mechanical apparatus needed to make the card keys operate.


# IV.  PROPERTY EXCLUDED

This Policy does not insure:

## A.   GROWING CROPS

Growing crops. This exclusion shall not apply to "land improvements."

## B.   STANDING TIMBER

Standing timber grown for sale. This exclusion shall not apply to "land improvements."

## C.   LAND, WATER

Land or Water except as provided in 'Contamination Cleanup' in PROPERTY INSURED. This exclusion shall not apply to water that is normally contained within any type of tank, piping system or process equipment, nor shall this exclusion apply to "land improvements."

## D.   ANIMALS

Animals except for research.

## E.   WATERCRAFT

Watercraft.

## F.   AIRCRAFT

Aircraft.

### G.  MOTOR VEHICLES

Motor vehicles licensed for highway use

### H.  OFF-SHORE PROPERTY

Off-shore property except structures and their contents extending from land or shore; however, waterborne vessels and their contents and/or floating docks permanently moored to a dock, river bank or shore shall not to be considered as off-shore property.

In the Gulf of Mexico off Texas and Louisiana, 'off-shore' is to be seaward of the inland edge of the Lease Block of the Plane Coordinate System, as defined on official maps of the United States of America.

### I.  SATELLITES AND SPACECRAFT

Satellites and spacecraft.

### J.  UNDERGROUND MINES AND MINING EQUIPMENT

Underground mines and mining equipment located within an underground mine.

### K.  WATERBORNE SHIPMENTS

Waterborne shipments to and from Puerto Rico, Virgin Islands, Hawaii, and Alaska and waterborne shipments via the Panama Canal.

### L.  PROPERTY SOLD UNDER CONDITIONAL SALE

Property sold under conditional sale, except as provided in Deferred Payments

### M.  TRANSMISSION AND DISTRIBUTION LINES

Transmission and distribution lines of every type and description; except when located on the Insured premises or within 1,000 feet thereof.. This exclusion shall not apply to service interruption.

## V.  TIME ELEMENT

### A.  BUSINESS INTERRUPTION GROSS EARNINGS

1. This Policy insures loss resulting from the necessary interruption or reduction of business operations conducted by the Insured and caused by direct physical loss, damage or destruction, of the property of the type insured hereunder, by a peril insured by this Policy.

2. If such a loss occurs during the term of this Policy, it shall be adjusted on the basis of the 'Actual Loss Sustained' by the Insured during the Period of Recovery resulting from the interruption or reduction of operations. 'Actual Loss Sustained' is defined as the reduction in 'Business Interruption Gross Earnings' less charges and expenses that do not necessarily continue during the interruption or reduction of the business operations.

   For manufacturing operations, 'Business Interruption Gross Earnings' are defined as the sum of:

a.   The total "net sales value of production,"

b.   The total net sales of "merchandise," and

c.   Other earnings derived from the business.

LESS THE COST OF:

d.   "'Raw stock" from which such production is derived,

e.   Supplies consumed in the conversion of such "raw stock" into "finished stock" or in supplying the services sold by the Insured,

f.   "Merchandise" sold including packaging materials, and

g.   Services purchased from outsiders for resale, which do not continue under contract.

No other costs, including ordinary payroll unless otherwise stipulated in this policy, shall be deducted in determining 'Business Interruption Gross Earnings' for manufacturers.

For non-manufacturing operations, 'Business Interruption Gross Earnings' are defined as the sum of:

a.   Total net sales, and

b.   Other earnings derived from the operations of the business.

LESS THE COST OF:

c.   "Merchandise sold,

d.   Materials and supplies consumed, and

e.   Services purchased from outsiders for resale which do not continue under contract.

f.   No other costs, including ordinary payroll unless otherwise stipulated in this policy, shall be deducted in determining 'Business Interruption Gross Earnings' for non-manufacturing business.

3.   In the event of direct physical loss, damage or destruction of property insured by a peril insured by this Policy which results in an interruption in research and development activities that in themselves would not have produced income during the Period of Recovery, this Policy insures the actual loss sustained of the continuing fixed charges and expenses, including payroll, attributable to such research and development activities, known as 'Research and Development "Time Element."

4.   Resumption of Operations: If it is reasonably possible for the Insured to reduce the loss resulting from the interruption or reduction of operations,

a.   By a complete or partial resumption of operations or

b.   By making use of available "finished stock" or "merchandise,"

Such reduction shall be taken into account in arriving at the amount of loss hereunder.

5. 'Business Interruption Gross Earnings' does not insure any loss resulting from loss, damage or destruction of "finished stock" for which the Insured will otherwise recover under this policy at the Insured's regular cash selling price.

## B. BUSINESS INTERRUPTION LOSS OF PROFITS

Coverage under 'Business Interruption Loss of Profits' applies only where there is a "primary policy" in force providing Loss of Profits Insurance, which insures the loss.

This Policy insures:

1. Loss of gross profit resulting from the necessary interruption or reduction of business operations conducted by the Insured and caused by direct physical loss, damage or destruction of property insured by a peril insured by this Policy.

2. Indemnity: The amount of loss of gross profit shall be based on reduction in turnover and on the increase in cost of working, and the amount payable as indemnity hereunder shall be:

    a. With respect to reduction in turnover: The sum produced by applying the rate of gross profit to the amount by which the turnover during the Period of Recovery falls short of the standard turnover in consequence of the loss, damage or destruction by a peril insured by this Policy;

    b. With respect to increase in cost of working: The additional expenditure necessarily and reasonably incurred for the sole purpose of avoiding or diminishing the reduction in turnover which but for that expenditure would have taken place during the Period of Recovery in consequence of the loss, damage or destruction by a peril insured by this Policy, but not to exceed the sum produced by applying the rate of gross profit to the amount of reduction thereby avoided.

    LESS

    c. any sum saved during the Period of Recovery in respect of the standing charges of the business payable out of gross profit as may cease or be reduced in consequence of the damage.

    In adjusting any loss, account shall be taken and an equitable allowance made if any shortage in turnover due to the damage is postponed by reason of the turnover being temporarily maintained from accumulated stocks of "finished stock."

3. In the event of direct physical loss, damage or destruction of property insured by a peril insured by this Policy which results in an interruption in research and development activities that in themselves would not have produced income during the Period of Recovery, this Policy insures the actual loss sustained of the standing charges of the business attributable to such research and development activities, including but not limited to, salaries and depreciation on property,  known as 'Research and Development Time Element.'

4. Definitions applying to 'Business Interruption Loss of Profits'

a.  Gross Profit: The sum produced by adding to the net profit the amount of all the standing charges of the business or if there is no net profit the amount of the standing charges less the amount of any net trading loss. Standing charges shall include, but not be limited to, salaries and depreciation on property. Standing charges do not include bad debts.

b.  Net Profit: The net trading profit (exclusive of all capital receipts and accretions and all outlay properly chargeable to capital) resulting from the business of the Insured after due provision has been made for all standing and other charges including depreciation, but before the deduction of any taxation chargeable on profits.

c.  Salaries: The salaries and wages of officers and employees whose services must necessarily be continued or who are employed under contracts guaranteeing annual compensation, bonuses, living allowances (if any), national insurance contribution, holiday and sick leave pay or other payments pertaining to such salaries and wages.

d.  Wages: The remuneration (including where applicable, bonuses, overtime, living allowance (if any), national insurance contribution, holiday pay or other payments pertaining to wages) of all other employees.

e.  Turnover: The money (less discounts allowed) paid or payable to the Insured for goods sold and delivered and for services rendered in course of the business.

f.  Rate of Gross Profit: The rate of gross profit earned on the turnover during the financial year immediately before the date of the damage.

g.  Standard Turnover: The turnover during that period of time in the 12 months immediately before the date of the damage that corresponds with the indemnity period.

With respect to sub-paragraphs f. and g. above, such adjustments shall be made as may be necessary to provide for the trend of the business and for variations in or special circumstances affecting the business either before or after the direct physical loss, damage or destruction, or which would have affected the business had such direct physical loss, damage or destruction not occurred, so that the figures thus adjusted shall represent as nearly as may be reasonably practicable the results that, but for the direct physical loss, damage or destruction, would have been obtained during the relative period after the direct physical loss, damage or destruction.

## C.   EXTRA EXPENSE

This Policy insures:

1.   'Extra expense' incurred by the Insured resulting from direct physical loss, damage or destruction of property insured by a peril insured by this Policy.

2.   'Extra expense' means the reasonable and necessary extra costs incurred by the Insured during the Period of Recovery to temporarily continue as nearly normal as practicable the conduct of the Insured's business and extra costs of temporarily using property of the Insured or others less any value remaining at the end of the Period of Recovery for property obtained in connection with an 'extra expense' loss.

## D.   RENTAL VALUE

This Policy insures:

1.   'Rental value' loss sustained by the Insured resulting from necessary untenantability caused by direct physical loss, damage or destruction, by a peril insured by this Policy, of property insured but not exceeding the reduction in rental value less charges and expenses which do not necessarily continue during the Period of Recovery.

2.   For the purposes of this insurance, 'rental value' is defined as the sum of:

   a.   The total anticipated gross rental income from tenant occupancy of the property insured as furnished and equipped by the Insured; and

   b.   The amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be obligations of the Insured; and

   c.   The fair rental value of any portion of said property that is occupied by the Insured.

3.   When the Insured is the lessee, this Policy insures:

   The rent the Insured is obligated to pay including ground rents, accrued charges, real estate taxes and interest if the Insured is liable for such, less charges and expenses that do not necessarily continue during the Period of Recovery. However, if the Insured is obligated by the terms of any lease to pay rent and taxes for any time beyond the Period of Recovery of this Policy, this Policy insures such additional payments.

   If the Insured is both a lessor and a lessee of the same "location," this Policy insures the loss as defined in V.D.2. above.

## E.   ROYALTIES

This Policy insures:

1.   Loss to the Insured, as described in Business Interruption above, of revenue under royalty, licensing fees or commission agreements between the Insured and another party, which is not realizable due to direct physical loss, damage or destruction, by a peril insured by this Policy, of property of the other party. Such other party shall not be an Insured under this Policy. Coverage under this Clause shall apply to loss experienced by the Insured caused by direct physical lossdamage or destruction of property of the other party situated within the territorial limits of this Policy.

2.   Resumption of Operations: The Insured shall influence, to the extent possible, the party with whom the agreement described in paragraph V.E.1. above has been made to use any other machinery, supplies or locations in order to resume business so as to reduce the amount of loss hereunder and the Insured shall cooperate with that party in every way to effect this, but not financially, unless such expenditures are authorized by the Insurer.

## F.   LEASEHOLD INTEREST

This Policy insures:

1.   The pro rata proportion from the date of loss to expiration date of the lease (to be paid without discount) on the Insured's interest in:

    a.   The amount of bonus paid by the Insured for the acquisition of the lease not recoverable under the terms of the lease for the unexpired term of the lease;

    b.   Improvements and betterments to real property during the unexpired term of the lease which is not insured under any other provision of this Policy;

    c.   The amount of advance rental paid by the Insured and not recoverable under the terms of the lease for the unexpired term of the lease;

when property of a lessor is rendered wholly or partially untenantable as a result of direct physical loss, damage or destruction to the covered property by a peril insured by this Policy during the policy period and the lease is cancelled by the lessor in accordance with the conditions of the lease or by statutory requirements of the appropriate jurisdiction in which the lost, damaged or destroyed property is located; and

2.   Interest of the Insured as Lessee

The 'Interest of the Insured as Lessee' when the covered property is rendered wholly or partially untenantable by a peril insured by this Policy and the lease is cancelled by the lessor in accordance with the conditions of the lease or by statutory requirements of the appropriate jurisdiction in which the damaged or destroyed property is located.

    b.   The 'Interest of the Insured as Lessee' as referred to herein shall be paid for the first three months succeeding the date of the loss and the 'Net Lease Interest' shall be paid for the remaining months of the unexpired lease.

3.   Definitions:

The following terms, wherever used in this Clause, mean:

a.   The 'Interest of the Insured as Lessee' is defined as:

    i.   The excess of the rental value of similar premises over the actual rental payable by the lessee (including any maintenance or operating charges paid by the lessee) during the unexpired term of the lease.

    ii.   The rental income which would have been earned by the Insured from sublease agreements, to the extent not insured under any other Clause in TIME ELEMENT in this Policy, over and above the rental expenses specified in the lease between the Insured and the lessor.

b.   'Net Lease Interest' is defined as that sum, which placed at the prime rate of interest plus 3% compounded annually, shall be equivalent to the 'Interest of the Insured as Lessee.'

4.   The Insurer shall not be liable for any increase of loss, which may be occasioned by the suspension, lapse or cancellation of any license or by the Insured exercising an option to cancel the lease.

The Insured shall use due diligence to mitigate loss under this TIME ELEMENT coverage. Any amount payable under this TIME ELEMENT coverage shall only be provided to the extent not covered under any other provision of this Policy.

## G.   SOFT COSTS

This Policy insures 'Soft Costs' loss sustained by the Insured during the Period of Recovery caused by direct physical loss, damage or destruction of insured property in the course of construction, erection, installation, or assembly by a peril insured by this Policy.

'Soft Costs' means expenses over and above normal expenses including, but not limited to:

1.   Additional interest on money borrowed to finance construction or repair.

2.   Additional real estate and property taxes.

3.   Additional advertising and promotional expenses which become necessary as a result of the loss.

4.   Additional architects, surveyors, legal, consulting engineers fees not otherwise covered under this Policy.

5.   Additional insurance premiums

6.   Refinancing charges or construction loan fees

7.   Additional project administration expenses but not including development fees.

In the event the construction contract for such property contains a penalty clause providing for payments to the Insured for a delay in the completion of the construction, any portion of such penalty

inuring to the benefit of the Insured shall be taken into consideration in the settlement of any loss hereunder.

## H.  EVACUATION EXPENSES

This Policy insures is extended to cover the reasonable vacating expenses incurred by the Insured when an authorized governmental agency or other similar authority orders the emergency evacuation of:

a.  Residents; tenants; or
b.  Lawful occupants;

From a covered location as a result of immediately impending direct physical loss or damage insured by this policy that threatens imminent physical danger or loss of life to such residents; tenants; or occupants.

No coverage is provided if the evacuation results from:

1)  A planned evacuation drill;
2)  Evacuation of any resident because of a medical condition(s); or
3)  A false alarm.

## I     ATTRACTION PROPERTY

This policy coverage will pay the actual business income loss sustain by the Insured and extra expense caused by the direct physical loss or damage by a covered cause of loss to property of the type insured under this policy that attracts business to a covered location, procided that such property is within the distance from the covered location as shown in the Limits of Liability under Attraction Property.

Coverage begins on the date and time that the attraction property sustains such direct physical loss or damage and ends on the date and time that the attraction property could be reopened for business, but in no event for more than the number of days shown in the Limits of Liability for Attraction Property.

## J.    PROVISIONS APPLICABLE TO "TIME ELEMENT"

**1.   The Period of Recovery**

**a.**   Applicable to all "Time Element" coverages in SECTION V, (except BUSINESS INTERRUPTION LOSS OF PROFITS) and the following "Time Element" Extensions of Coverage:

i.    Shall not exceed such length of time required with the exercise of due diligence and dispatch to rebuild, repair, or replace lost, damaged or destroyed property and to make such property ready for operations under the same or equivalent physical and operating conditions that existed prior to the loss, including such additional time as may be required to obtain "Green" Certification, and including such time as may be required to restore or recreate lost or destroyed valuable papers and records, electronic media and electronic data.

      ii.    Shall include an additional length of time, known as an 'Extended Period of Recovery,' not to exceed the time specified in the DECLARATIONS, to restore the Insured's business to the condition that would have existed had no "Time Element" loss occurred.

**b.**    Applicable to "Time Element" as defined in Business Interruption Loss of Profits, the Period of Recovery shall be the period beginning with the occurrence of the direct physical loss, damage or destruction and ending not later than the 'Maximum Period of Recovery' thereafter during which the results of the business are affected in consequence of the loss, damage or destruction.

    The 'Maximum Period of Recovery' shall be the greater of:

      i.    The Period of Recovery on the "primary policy," or

      ii.    The Period of Recovery for Business Interruption Loss of Profits stated in the DECLARATIONS of this Policy.

**c.**    Applicable to "Time Element" as defined in Business Interruption Gross Earnings, Business Interruption Loss of Profits and Rental Value, the Period of Recovery applying to alterations, additions, and property while in the course of testing, commissioning, construction, erection, installation, or assembly, shall be determined as provided in a. or b. above, as applicable, but the length of time shall be applied to the probable level of production or the probable level of business operation.

**d.**    Applicable to actions taken by the Insured in relation to "Preservation of Property" efforts as insured elsewhere in this Policy, shall commence at the time of initiation of the "Preservation of Property" efforts.

**e.**    Applicable to "Time Element" resulting from the release and subsequent lack of water supply stored behind dams or in reservoirs at an insured "location" when such water supply is used for any manufacturing purpose, for power or for fire protection and when such release is caused by direct physical loss, damage or destruction, by a peril insured by this Policy, of such dams or reservoirs or equipment connected thereto, shall be extended for a period not to exceed 60 consecutive days after the damaged dam, reservoir or equipment has been repaired or replaced. This provision is known as 'Impounded Water.'

**f.**    Except as provided in V.K.1.c. and V.K.1.d. above, for all "Time Element," the Period of Recovery shall commence with the date of the loss, damage or destruction of property of the type insured by a peril insured by this Policy and shall not be limited by the date of expiration of this Policy.

g.   **Experience of the Business**: In determining the amount of "Time Element" loss payable hereunder, consideration shall be given to the experience of the business before the date of direct physical loss, damage or destruction and to the probable experience thereafter had no loss occurred, except with respect to any alterations, additions and property while in the course of testing, commissioning, construction, erection, installation, or assembly, insured by this Policy, consideration shall be given to the probable experience of the business on the date business operations would have commenced had no loss occurred.

h.   **Additional Exclusion Applicable to "Time Element"**: This Policy does not insure the suspension, cancellation or lapse of any lease, contract, license or orders beyond the'Period of Recovery' or, if applicable, the 'Extended Period of Recovery.'

2.   **Extensions of Time Element Coverage**

a.   **Expenses to Reduce Loss**

This Policy insures expenses necessarily incurred for the purpose of reducing any "Time Element" loss, even though such expenses may exceed the amount by which such "Time Element" loss is reduced.

b.   **Contingent "Time Element" Coverage**

If direct physical loss or damage to real or personal property of a direct supplier or direct customer of the Insured is damaged by a Covered Cause of Loss under this Policy, and such damage:
   a.   wholly or partially prevents any direct supplier to the Insured from supplying their goods and/or services to the Insured, or
   b.   wholly or partially prevents any direct customer of the Insured from accepting the Insured's goods and/or services,
then this Policy is extended to cover the actual loss sustained by the Insured during the Period of Interruption with respect to such real or personal property. The property of the supplier or customer which sustains loss or damage must be of the type insured hereunder.
This coverage applies to the Insured's direct suppliers or direct customers located in the Coverage Territory.

Coverage is also provided under this extension when due to Interruption by Civil or Military Authority, or Loss of Ingress or Egress, the supplier or customer of the Insured is prevented from supplying goods to or accepting good from the Insured, all subject to the terms, exclusions, and limitations that apply to such coverages.

There is no coverage provided under this extension due to Service Interruption at the supplier or customer facility, unless physical loss or damage occurs at such facility as a result of said Service Interruption.

c.   **Interdependent "Time Element"**

This Policy insures "Time Element" interdependency loss sustained within and among companies or corporations owned, controlled or which are subsidiaries of the Insured, or joint ventures or partnerships in which the Insured has an interest, caused by direct physical loss, damage or destruction, by a peril insured by this Policy, of property insured.

d.   **Interruption by Civil or Military Authority**

This Policy insures the "Time Element" loss sustained during the period of time when, as a result of direct physical loss, damage or destruction or imminent loss by a peril insured by this Policy within five (5) miles of an insured "location," normal business operations are interrupted or reduced because access to that "location" is prevented or impaired by order of civil or military authority.

**e.   Loss of Ingress or Egress**

This Policy insures the "Time Element" loss sustained during the period of time when, as a result of direct physical loss, damage or destruction by a peril insured by this Policy within five (5) miles of an insured "location," normal business operations are interrupted or reduced because ingress to or egress from that "location" is prevented or impaired.

**f.   Service Interruption**

This Policy insures the "Time Element" loss sustained as a result of direct physical loss, damage or destruction, by a peril insured by this Policy, of property of a supplier of fuel, electricity, steam, water, gas (except when natural gas is used as a raw material in which case "Time Element" loss is insured under Contingent "Time Element" as defined above), refrigeration, sewerage or telecommunications, including poles, towers, and transmission or distribution lines.

There shall be no loss payable under this subparagraph f. unless the interruption exceeds the waiting period shown in the Policy Declarations. In such case, the loss shall be measured from date and time of the interruption of service. The service interruption ends when: (1) incoming electrical, gas, water, steam, refrigeration or telecommunication service; or (2) outgoing sewer service is restored.

Service Interruption coverage does not apply to any loss or damage insured under Contingent " Time Element" Coverage.

**g.   Law, Ordinance, Regulation or Governmental Directive**

In the event reconstruction, restoration, repair or use of property insured is regulated or prohibited by the enforcement of any law, ordinance, regulation or governmental directive that is in force at the time of direct physical loss, damage or destruction by a peril insured by this Policy, this Policy shall pay for any increase in "Time Element" loss insured by this Policy arising out of the additional time required to bring both the damaged and undamaged property into full compliance with the law, ordinance, regulation or governmental directive.

Notwithstanding the foregoing, this Policy does not insure any increase in "Time Element" loss when necessitated by the enforcement of any law or ordinance regulating any form of pollution, contamination, or asbestos material.

**h.   Incentives**

This Policy insures renewable energy credits which would have otherwise been due to the Insured or any other similar credits or incentives lost or reduced because of an "Occurrence" to which no exclusion in this policy applies.

**i.   Downzoning**

In the event of direct physical loss, damage or destruction insured under this policy that causes the enforcement of any law, ordinance, governmental directive or standard regulating the construction, repair, use or occupancy of property, this policy also insures the additional business interruption and/or rental value loss resulting from the inability to rebuild existing property to like kind and quality, height, area, and/or occupancy. Such loss shall be measured for the length of time as would have been required with the exercise of due diligence and dispatch to rebuild or replace such existing property plus the unexpired term of the lease, but not to exceed two (2) years of the unexpired term of the lease.

**j.** **Special Time Element – Cancellation Coverage**

This policy covers the Actual Loss Sustained by the Insured during the Period of Liability up to a maximum of $5,000,000 Per Occurrence from:

A.      the cancellation of and/or the inability to accept bookings for accommodation or

B.      a cessation or diminution of trade due to loss of potential customers as a direct result of the interruption of or interference with the business carried on by the Insured at a location insured by this policy in consequence of:

1.      the discovery of vermin or pests at an insured location which causes restrictions on the use of that location on the order of the competent local authority,

2.      any accident causing defects in the drains or other sanitary arrangements at that location which causes restrictions on the use of that location on the order of the competent local authority,

3.      any Occurrence of murder, suicide, rape, attempted rape, armed robbery and malicious activities at that location.

Reference and Application: The following term(s) mean when used in this coverage:

A.      Period of Liability: The Period during which the results of the business is affected in consequence of the Occurrence discovery or accident, beginning with the date from which the restrictions on the insured location are applied or in the case of 3 above, with the date of the Occurrence and ending not later than 365 days thereafter.

## VI.  EXCLUSIONS

This Policy does not insure:

### A.  FRAUD

Fraudulent or dishonest acts committed by the Insured or any of the Insured's employees with the manifest intent to cause the Insured to sustain such loss and obtain financial benefit for the Insured, or for any of the Insured's employees, or for any other person or organization intended by the Insured or the employee to receive such benefit for such fraudulent or dishonest act or acts.

### B.  EMBEZZLEMENT

Embezzlement of the Insured's property by any of the Insured's employees.

### C.  MYSTERIOUS DISAPPEARANCE

Mysterious Disappearance.

### D.  INVENTORY SHORTAGE

Loss or shortage the only proof of the factual existence of which is inventory records.

If the factual existence of the loss is provable by evidence other than inventory records, this exclusion shall not prohibit using inventory records to prove the amount of the loss.

### E.  FAULTY WORKMANSHIP, MATERIAL, CONSTRUCTION OR DESIGN

The cost of making good or rectifying faulty or defective workmanship, material, construction renovation, or design, but this exclusion shall not apply to direct physical loss or damage resulting from such faulty or defective workmanship.

### F.  DETERIORATION, DEPLETION, RUST, ETC.

Direct physical loss, damage or destruction caused by normal:
1. deterioration
2. depletion
3. rust
4. corrosion or erosion
5. wear and tear
6. inherent vice or latent defect

unless such direct physical loss, damage or destruction results directly from a peril insured by this policy or unless direct physical loss, damage or destruction not excluded by this policy results from one of the above perils, then only that resulting direct physical loss, damage or destruction is insured.

### G.  POLLUTION, CONTAMINATION

Direct physical loss, damage or destruction caused by, resulting from, contributed to or made worse by actual, alleged or threatened release, discharge, escape or dispersal of 'contaminants or pollutants,' all whether direct or indirect, proximate or remote or in whole or in part arising from any cause whatsoever.

Nevertheless if a Listed Peril arises directly or indirectly from pollution or contamination any loss, damage or destruction of property insured by this Policy arising directly from that peril shall (subject to the terms, conditions and limitations of the Policy) be insured.

Notwithstanding the foregoing, this exclusion shall not apply if pollution or contamination results from direct physical loss, damage or destruction of property insured by this Policy by a Listed Peril:

Listed Perils

Fire; Lightning; Explosion; Windstorm or Hail; Smoke; Aircraft or Vehicle Impact; Riot, Strike or Civil Commotion; Vandalism and Malicious Mischief; Collapse or Leakage from Fire Protection Equipment

It is a condition precedent to recovery that such direct physical loss, damage or destruction be reported to the Insurer within 180 days of the date of the direct physical loss, damage or destruction.

'Contaminants or pollutants' means any material that after its release can cause or threaten damage to human health or human welfare or causes or threatens damage, deterioration, loss of value, marketability or loss of use of property insured by this Policy, including, but not limited to, bacteria, virus, or hazardous substances as listed in the Federal Water Pollution Control Act, Clean Air Act, Resource Conservation and Recovery Act of 1976, and Toxic Substances Control Act, or as designated by the U.S. Environmental Protection Agency.

Except as provided in "Decontamination Costs" and "Contamination Cleanup "in Section III, PROPERTY INSURED, this Policy does not insure costs arising out of the enforcement of any law, ordinance, regulation or order by civil or judicial authority requiring the removal, disposal, replacement, cleanup, restoration or containment of property insured or costs to monitor or test for the existence or effects of pollutants.

## H.   SETTLING, SHRINKAGE OR EXPANSIONS

Normal settling, shrinkage, cracking, bulging, or expansion in foundations, walls, floors, roofs or ceilings unless such damage results directly from a peril insured by this Policy, or unless direct physical loss, damage or destruction by a peril insured by this Policy results, and then this Policy shall insure against that resulting direct physical loss, damage or destruction.

## I.   HOSTILE OR WARLIKE ACTION

a)   Hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack by any government or sovereign power (de jure or de facto) or by any authority maintaining or using military, naval, or air force, or by any agent of any such government, power, authority, or forces;

b)   any weapon employing atomic fission or radioactive force whether in time of peace or war, whether or not such discharge was accidental;

c) insurrection, rebellion, revolution, civil war, usurped power, seizure, confiscation, desctruction, or action taken by any governmental authority in hindering, combating or defending against any such event, except as provided in 'Desctruction of Property at the Order of Public Authority' in PROPERTY INSURED.

## J.   NUCLEAR REACTION, RADIATION OR RADIOACTIVE CONTAMINATION

Nuclear reaction or nuclear radiation or radioactive contamination from any cause; however, if fire or sprinkler leakage ensues, the Insurer shall be liable for direct physical loss, damage destruction by the ensuing fire or sprinkler leakage.

Notwithstanding the previous sentence, this Policy insures against direct physical loss, damage or destruction caused by radioactive contamination, including resultant radiation damage, from material used or stored or from processes conducted by the Insured provided that at the time of such direct physical loss, damage or destruction there is neither a nuclear reactor capable of sustaining nuclear fission in a self-supporting chain reaction or any new or used nuclear fuel on the premises of the Insured.

## K.   MOLD, MILDEW OR FUNGUS

1. Except as set forth in paragraph VI.K.2. below, this Policy does not insure any loss, damage, claim, cost, expense or other sum directly or indirectly arising out of or relatingto:

   mold, mildew or fungus

   This exclusion applies regardless whether there is (a) any direct physical loss, damage or destruction of property insured; (b) any insured peril or cause, whether or not contributing concurrently or in any sequence; (c) any loss of use, occupancy, or functionality; or (d) any action required, including but not limited to repair, replacement, removal, cleanup, abatement, disposal, relocation, or steps taken to address medical or legal concerns.

2. Notwithstanding the foregoing, this Policy insures direct physical loss, damage or destruction of property insured by mold, mildew or fungus when directly caused by a Listed Peril occurring during the Policy period.

   Listed Perils

   Fire; lightning; explosion; windstorm or hail; "Named Storm"; smoke; direct impact of vehicle, aircraft or vessel; strike, riot or civil commotion; vandalism or malicious mischief; leakage or accidental discharge of fire protection equipment; collapse; falling objects; weight of snow, ice or sleet; theft; water damage; "Boiler and Machinery"; sudden and accidental discharge, leakage, backup, or overflow of liquids or molten material from confinement within piping, plumbing systems, tanks, equipment or other containment located at the insured "location"; "Earthquake"; "Flood"; and during the course of transit.

   This coverage is subject to all the limitations in this Policy and, in addition, to each of the following specific limitations:

   a. The property must otherwise be insured under this Policy for direct physical loss, damageor destruction by the Listed Peril.

    b.   The Insured must report to the Insurer the existence and cost of the direct physical loss, damage or destruction by mold, mildew or fungus as soon as practicable, but no later than twelve (12) months after the Listed Peril first caused direct physical loss, damage or destruction of insured property during the Policy period. This Policy does not insure any direct physical loss, damage or destruction by mold, mildew or fungus first reported to the Insurer after that twelve (12) month period.

## L.   LOSS FROM MANUFACTURING OR PROCESSING OPERATIONS

Loss attributable to manufacturing or processing operations that result in damage to stock or materials while such stock or materials are being processed, manufactured, tested or otherwise being worked upon, unless direct physical loss, damage or destruction by a peril insured by this Policy results, and then this Policy shall insure against that resulting direct physical loss, damage or destruction.

## M.   ANIMAL, INSECT OR VERMIN DAMAGE

Animal, insect or vermin damage, unless direct physical loss, damage or destruction by a peril insured by this Policy results, and then this Policy shall insure against that resulting direct physical loss, damage or destruction.

## N.   ASBESTOS MATERIAL

Asbestos material or the cost of removal or disposal of asbestos material or any sum related thereto.

However, anything in the foregoing sentence or elsewhere in this Policy to the contrary notwithstanding, this Policy insures asbestos physically incorporated in an insured building or structure, but only that part of the asbestos that has been physically damaged during the Policy period by one of the Listed Perils occurring during the Policy period.

Listed Perils

Fire; Lightning; Explosion; Windstorm or Hail; Smoke; Aircraft or Vehicle Impact; Riot, Strike or Civil Commotion; Vandalism and Malicious Mischief; Collapse, Earthquake, Flood, Water Damage or Leakage From Fire Protection Equipment

This coverage is subject to all limitations in this Policy and, in addition, to each of the following specific limitations:

1.   The building or structure must be insured under this Policy for loss, damage or destruction.

2.   The Listed Peril must be the immediate, sole cause of the damage to the asbestos.

3.   The Insured must report to the Insurer the existence and estimated cost of the damage as soon as practicable but no later than twelve (12) months after the Listed Peril first damaged the asbestos. This Policy does not insure any direct physical loss, damage or destruction to the asbestos first reported to the Insurer after that twelve (12) month period.

4.   Coverage under this Policy in respect of asbestos shall not include any sum relating to:
    a.   any faults in the design, manufacture or installation of the asbestos;
    b.   asbestos not physically damaged by the Listed Peril including any governmental or regulatory authority direction or request of whatsoever nature relating to undamaged asbestos.

## O.   ELECTRONIC DATE RECOGNITION EXCLUSION

Loss, damage, cost, claim or expense, whether preventative, remedial or otherwise, directly or indirectly arising out of or relating to:

1.   the calculation, comparison, differentiation, sequencing or processing of data involving the date change to the year 2000, or any other date change, including leap year calculations, by any computer system, hardware, program or software and/or any microchip, integrated circuit or similar device in computer equipment or non-computer equipment, whether the property of the Insured or not; or

2.   any change, alteration or modification involving the date change to the year 2000, or any other date change including leap year calculations, to any such computer system, hardware program or software or any microchip, integrated circuit or similar device in computer equipment or non-computer equipment, whether the property of the Insured or not.

This clause applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss, damage, cost, claim or expense.

# VII.   VALUATION

The value of property shall be determined as follows:

## A.   REPLACEMENT COST

With respect to all property insured (unless specifically addressed elsewhere in the Policy), the payment for loss shall be on a 'replacement cost' basis. 'Replacement Cost' includes all fees, costs, charges and expenses, (including, those of architects, surveyors, lawyers, engineers and consulting engineers) incurred by or on behalf of the Insured to reassemble, rebuild, reclaim, reconstruct, repair, replace, or restore property insured with due diligence and dispatch with new property or materials, either at the site of the loss or, at the sole option of the Insured, another site. In the event the Insured decides to rebuild on another site, the liability of the Insurer shall not exceed the cost and expenses which would have been incurred to reassemble, rebuild, reclaim, reconstruct, repair, replace or restore the property lost, damaged or destroyed at the site of the loss.

In the event the Insured decides not to reassemble, rebuild, reclaim, reconstruct, repair, replace or restore the property lost, damaged or destroyed, the liability of the Insurer shall not exceed the cost and expenses which would have been incurred to reassemble, rebuild, reclaim, reconstruct, repair, replace or restore the property lost, damaged or destroyed at the site of the loss provided the proceeds of such loss settlement are expended in any other capital expenditures related to the Insured's operations.

If the insured elects not to reassemble, rebuild, reclaim, reconstruct, repair, replace or restore the property, lost, damaged or destroyed at the same or different site, or expend the loss settlement in other capital expenditures, the liability for the Insurer loss shall be the "Actual Cash Value" of the property.

To the extent the Insured provides its own general contracting, engineering, design or construction services for repair or reconstruction, the costs incurred by or on behalf of the Insured shall include:

1.   Overhead charges as defined by the Insured's regular accounting practice in place at the time of loss, and

2.   Payroll charges, appropriate fringe benefit costs and expenses of those employees expending time on the project, the cost of which is not included in item a.and;

3.   The share of home office costs including payroll and expenses of the divisions to which such employees are assigned, and;

4.   The share of corporate general and administrative costs allocated to the divisions involved as prescribed in the Insured's regular accounting practice in place at the time of the loss for determining its costs for providing engineering, procurement and construction management services.

## B.   FINISHED STOCK

1.   On "finished stock," where "TIME ELEMENT" Business Interruption Gross Earnings applies, at the Insured's regular cash selling price, less any discounts and unincurred charges to which "finished stock" would have been subject had no loss occurred;

2.   On "finished stock" where "TIME ELEMENT" Business Interruption Loss of Profits applies, at the value of "raw stock" and labor expended, plus the proper proportion of overhead charges.

## C.   STOCK IN PROCESS

On "stock in process," at the value of "raw stock" and labor expended, plus the proper proportion of overhead charges.

## D.   RAW STOCK

On "raw stock," supplies and other "merchandise" not manufactured by the Insured, at the replacement cost.

## E.   FINE ARTS, ANTIQUES

On 'fine arts or antiques,' the total liability shall not exceed the least of:

1.   The cost to repair or restore the article to the condition that existed immediately prior to the loss; or

2.   The cost to replace the article; or

3.   The value designated for the article on the Schedule of Fine Arts or Antiques, if any, on file with the Insurer.

In the event an insured article is damaged or destroyed and cannot be repaired or restored to the condition that existed immediately prior to the loss or replaced, the Insurer shall be liable for the full amount of the value of the article and the Insured agrees to surrender the article(s) to the Insurer. The Insured may, at its sole option, accept payment by the Insurer for the reduction in value of any fine art or antique caused by damage by a peril insured by this Policy, and retain ownership of the property.

## F.   VALUABLE PAPERS AND RECORDS

On 'valuable papers and records,' the cost to repair, replace, restore or recreate, including the cost of research, engineering and other costs of repairing, replacing, restoring or recreating 'valuable papers and records' that suffer loss, damage or destruction; if unable to repair, replace, restore or recreate within a reasonable time after the date of the loss, damage or destruction, the value to the Insured of the damaged or destroyed 'valuable papers and records.'

## G.   FILM, RECORDS, MANUSCRIPTS AND DRAWINGS

On exposed films, records, manuscripts and drawings that are not 'valuable papers and records,' the value blank plus the cost of copying information from back-up or from originals of a previous generation.

## H.   ELECTRONIC MEDIA AND ELECTRONIC DATA

On 'electronic media' or 'electronic data,' the cost to repair or replace, including the cost of research, engineering and other costs of repairing, replacing, restoring or recreating 'electronic media' or 'electronic data'; if not repaired, replaced, restored or recreated within a reasonable time after the date of the loss, damage or destruction, the blank value.

This Policy does not insure any amount pertaining to the value of such 'electronic data' to the Insured or any other party, if such 'electronic data' cannot be recreated or assembled. If not repaired, replaced or restored 'electronic media' shall be valued at the cost of the blank media.

## I.   PROPERTY OF OTHERS

On property of other in the care, custody, or control of the insured, the greater of the liability of the insured as stipulated in a contract, lease or agreement, or the replacement cost.

## J.   TECHNOLOGICALLY OBSOLETE

On property that is deemed to be technologically obsolete, or is unavailable because it is no longer in production, the cost of new property that shall perform the same functions as the original property, including any betterment inherent in the design of such property.

## K.   PROPERTY SOLD BY THE INSURED

On property sold by the Insured under a conditional sale or trust agreement or an installment or deferred payment plan:

1.   if a total loss occurs, at the amount shown in the Insured's accounting records as due from the dealer or buyer;

2.   if a partial loss occurs and the Insured repossesses the property, at the difference, if any, between the amount shown in the Insured's accounting records as due from the dealer or buyer and the realized value of the property.

The amount of the Insurer's liability under this provision shall be reduced by any payments made by the dealer or buyer.

## L.   HISTORICAL LANDMARK VALUATION

On property designated as being historic properties:

1.  if buildings or structures sustain loss, damage or destruction, this Policy will pay the cost to replace, repair or restore them using the same materials, workmanship and architectural features and details that existed before such loss, damage or destruction, provided they are available and including the use of skilled labor. However, if any materials or workmanship needed to replace, repair or restore a building or structure are not available, this Policy will pay the cost to use materials and/or workmanship that will permit the replacement, repair or restoration of the building or structure to a condition that most closely resembles the condition which existed immediately before the loss, damage or destruction occurred.

2.  if there is an ordinance or law in effect at the time of loss that regulates zoning, land use or construction of a building or structure, such as a Historic Preservation Act or other landmark regulation, and if that ordinance or law affects the repair or rebuilding of the loss or damaged building or structure and if the Insured:

    a.  repairs or rebuilds the building or structure as soon as reasonably possible, this Policy will pay the replacement value of the damaged and undamaged portions of the building, the cost to demolish and clear the site of the undamaged portion of the building, and the increased cost to repair or rebuild the building to the same general size in accordance with the minimum standards of such ordinance or law;

    b.  does not repair, rebuild or replace the building or structure, this Policy will pay the actual cash value of the damaged and undamaged portions of the building; and the cost to demolish and clear the site of the undamaged portion of the building.

Coverage afforded by item 2. does not apply to the costs associated with the enforcement of any ordinance or law that requires any Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of pollutants or contaminants. In addition, nothing in this clause L shall increase the limit of liability of this Policy.

With respect to properties that qualify for "Historical Landmark Status," the Insured shall have the sole discretion as to the means by which said property shall be repaired, rebuilt or replaced, but not to exceed the actual costs which would have been incurred in order to comply with "Historical Landmark Status" requirements.

## M.  WARRANTIES

For property where special provisions are in effect to maintain a warranty from the manufacturer pr contractor; e.g. a roof or elevator is damaged due to a covered peril, consideration will be given to the manufacturer or contractor to do the repairs in order to keep the warranty in effect.

# VIII.  GENERAL CONDITIONS

## A.  ADDITIONAL INSUREDS, LOSS PAYEES AND MORTGAGEES

All third parties having an interest in property insured by this Policy, as required by lease, contract, or agreement, shall automatically be Additional Insureds hereunder.

All other third parties including, but not limited to, Loss Payees and Mortgagees who have an interest in the property insured by this Policy shall be automatically named as Loss Payees or Mortgagees, and loss, if any, under this Policy shall be adjusted with the Insured and payable to the Insured and the Additional Insureds, Loss Payees or Mortgagees according to their respective insurable interests.

1.  The Insurer shall pay for loss, damage or destruction of specified property insured under this Policy to each specified Lender Loss Payee (hereinafter referred to as Lender) to the extent of its insurable interest and to each specified Mortgagee to the extent of its insurable interest, under all present or future mortgages upon such property, in order of precedence of the mortgages.

2.  The insurable interest of the Lender or Mortgagee (as the case may be) in property insured under this Policy shall not be invalidated by:

    a.  any act or neglect of the debtor, mortgagor, or owner (as the case may be) of the property.

    b.  foreclosure, notice of sale, or similar proceedings with respect to the property.

    c.  change in the title or ownership of the property.

    d.  change to a more hazardous occupancy.

    The Lender or Mortgagee shall notify the Insurer of any known change in ownership, occupancy, or hazard and, within 10 days of written request by the Insurer, may pay the increased premium associated with the change.

3.  If this Policy is cancelled at the request of the Insured or its agent, the coverage for the insurable interest of the Lender or Mortgagee shall terminate 10 days after the Insurer sends to the Lender or Mortgagee written notice of cancellation, unless:

    a.  sooner terminated by authorization, consent, approval, acceptance, or ratification of the Insured's action by the Lender or Mortgagee, or its agent.

    b.  this Policy is replaced by the Insured, with a Policy providing coverage for the insurable interest of the Lender or Mortgagee, in which event coverage under this Policy with respect to such interest shall terminate as of the effective date of the replacement Policy, notwithstanding any other provision of this Policy.

4.  The Insurer may cancel this Policy and/or the interest of the Lender or Mortgagee under this Policy, by giving the Lender or Mortgagee written notice 90 days prior to the effective date of cancellation,

if cancellation is for any reason other than non-payment. If the debtor, mortgagor, or owner has failed to pay any premium due under this Policy, the Insurer may cancel this Policy for non-payment, but shall give the Lender or Mortgagee written notice 10 days prior to the effective date of cancellation.  The Lender or Mortgagee may pay the premium due.  If the Lender or Mortgagee fails to pay the premium due by the specified cancellation date, all coverage under this Policy shall cease.

5.   If the Insurer pays the Lender or Mortgagee for any loss, and denies payment to the debtor, mortgagor or owner, the Insurer shall, to the extent of the payment made to the Lender or Mortgagee be subrogated to the rights of the Lender or Mortgagee under all securities held as collateral to the debt or mortgage. No subrogation shall impair the right of the Lender or Mortgagee to sue or recover the full amount of its claim. At its option, the Insurer may pay to the Lender or Mortgagee the whole principal due on the debt or mortgage plus any accrued interest. In this event, all rights and securities shall be assigned and transferred from the Lender or Mortgagee to the Insurer, and the remaining debt or mortgage shall be paid to the Insurer.

6.   If the Insured fails to render proof of loss, the Lender or Mortgagee, upon notice of the Insured's failure to do so, may render proof of loss and shall be subject to the provisions of this Policy relating to appraisal, settlement of claims, and suit against the Insurer.

## B.   APPRAISAL

If the Insured and the Insurer fail to agree on the amount of a claim, each, upon the written demand of the other made within 60 days after receipt of proof of loss by the Insurer, shall select a competent and disinterested appraiser. The appraisers shall then select a competent and disinterested umpire. If they should fail for 15 days to agree upon such umpire, then upon the request of the Insured or of the Insurer, such umpire shall be selected by a judge of a court of record in the appropriate jurisdiction in which such appraisal is pending. Then, at a reasonable time and place, the appraisers shall appraise the loss, stating separately the value and the amount of loss. If the appraisers fail to agree, they shall submit their differences to the umpire. An award in writing by any two shall determine the amount of loss.

The Insured and the Insurer shall each pay its chosen appraiser and bear equally the other expenses of the appraisal and umpire.

## C.   BREACH OF WARRANTY

If a breach of any warranty or condition in this Policy or in any endorsement attached to or made a part of this insurance occurs, which breach, by the terms of the warranty or condition, shall operate to suspend or avoid this insurance, the suspension or avoidance due to such breach shall be effective only during the continuance of such breach, and then only as to the building or contents therein or other separate "location" to which the warranty or condition has reference and with respect to which the breach occurs.

### D.   CANCELLATION

This insurance may be cancelled by the "First Named Insured" shown in the Declarations at any time by written notice or by surrender of this Policy. If the First Named Insured cancels, any earned premium due will be calculated in accordance with the customary pro-rata table and procedure, subject to any Minimum Earned Premium requirements.

### F.   COINSURANCE

No coinsurance shall apply with respect to this insurance.

### G.   CONTROL OF PROPERTY

This insurance shall not be prejudiced by any act or neglect of the owner of any building if the Insured is not the owner thereof, or by any act or neglect of any occupant (other than the Insured) of any building, when such act or neglect of the owner or occupant is not within the control of the Insured, or by failure of the Insured to comply with any warranty or conditions contained in this Policy of any form or endorsement attached to this Policy with regard to any portion of the premises over which the Insured has no control.

### H.   ERRORS AND OMISSIONS

Any error or inadvertent omission made by the Insured shall not void or impair the insurance hereunder provided the Insured reports such error or inadvertent omission as soon as reasonably possible after discovery by the First Named Insured's Contact identified in Declarations.

### I.   NOTICE OF LOSS

As soon as practicable after any "occurrence" that may give rise to a claim in excess of the applicable deductible under this policy is known to the First Named Insured's Contact identified in the Declarations, the Insured shall report such "occurrence" to Willis for transmittal to this Insurer.

### J.   OTHER INSURANCE

1.   Underlying Insurance

Underlying insurance is insurance on all or any part of the Deductible and against all or any of the perils insured by this Policy including declarations of the value to a carrier for hire. The existence of such underlying insurance shall not prejudice or affect any recovery otherwise payable under this Policy.

If the limits of such underlying insurance exceed the Deductible amount, which would apply in the event of loss under this Policy, then that portion which exceeds such a Deductible amount shall be considered 'other insurance.'

2.   Excess Insurance

Excess insurance is insurance over the Limit of Liability set forth in this Policy. The existence of such excess insurance shall not prejudice the coverage provided under this Policy nor shall it reduce any liability hereunder.

3.   Other Insurance

If there is any other insurance that would apply in the absence of this Policy, this Policy shall apply only after such insurance whether collectible or not. In no event shall this Policy apply as contributing insurance.

The Insured is permitted to have other insurance over any Limits or Sub-limits of Liability specified in this Policy without prejudice to this Policy. The existence of any such insurance shall not reduce any Limit or Sub-limit of Liability in this Policy. Any other insurance that would have provided primary insurance in the absence of this Policy shall not be considered excess.

The Insured is permitted to have other insurance for all, or any part, of any Deductible in this Policy. The existence of such other insurance shall not prejudice recovery under this Policy. If the limits of liability of such other insurance are greater than this Policy's applicable Deductible, this Policy shall apply only after such other insurance has been exhausted.

4.   Contributing Insurance

Contributing insurance is insurance written upon identical terms, conditions, and provisions as those contained in this Policy. This insurance shall contribute in accordance with the conditions of this Policy only with other contributing insurance as defined.

## K.   PAYMENT OF LOSS

1.   All adjusted claims shall be due and payable no later than 30 days after presentation and acceptance of proof of loss by the Insurer or its appointed representative.

2.   Pending final adjustment of an insured loss, the Insured may collect partial payments by filing a proof of loss for each partial payment.

3.   The full amount of the 'actual cash value' shall be due and payable no later than 30 days after presentation and acceptance of a proof of loss for the 'actual cash value.' Collecting the 'actual cash value' portion of any claim shall not affect the rights of the Insured under this Policy to collect amounts in excess of the 'actual cash value' upon presentation and acceptance of proof of loss.

## L.   PROOF OF LOSS

The Insured shall render a signed and sworn proof of loss to the Insurer or its appointed representative stating: the place and time of the loss, damage or destruction; the interest of the Insured and all others; the value of the property involved in the loss; and the amount of loss, damage, or expense.

## M.   REQUIRED BY LAW

Any provisions required by law to be included in policies issued by the Insurer shall be deemed to have been included in this Policy.

If the provisions of this Policy conflict with the laws of any jurisdictions in which this Policy applies, and if certain provisions are required by law to be stated in this Policy, this Policy shall be read so as to eliminate such conflict or deemed to include such provisions for insured "locations" within such jurisdictions.

## N.   RIGHT TO INSPECT

The Insurer, at all reasonable times, is permitted, but does not have any duty, to inspect property insured.

The Insurer's

1.   Right to make inspections;

2.   Making of inspections; or

3.   Analysis, advice or inspection report

shall not constitute an undertaking, on behalf of or for the benefit of the Insured or others to determine or warrant that the property insured is safe or healthful. The Insurer shall have no liability to the Insured or any other person because of any inspection or failure to inspect.

## O.   SALVAGES AND RECOVERIES

Any recoveries from sale of salvage, after expenses incurred in salvage or recovery are deducted, except recovery through subrogation proceedings, shall accrue entirely to the benefit of the Insurer until the sums paid by the Insurer have been recovered.

## P.   SEVERABILITY OF INTERESTS

Each of the Insureds insured by this policy will have the same protection and obligations as if the policy has been issued individually to each of them, except as respects the obligations associated with section VIII E, Cancellation. However, the inclusion of more than one Insured will not operate to increase the limit of liability of the Insurer beyond the limit of liability stated in this policy.

## Q.   SUBROGATION

1.   In the event of any payment under this Policy, the Insurer, where legally permitted, shall be subrogated to the extent of such payment to all the Insured's rights of recovery in respect thereof. The Insured is required to cooperate, at the request and expense of the Insurer, in any subrogation proceedings. The Insurer may require from the Insured an assignment or other transfer of all rights of recovery against any party for loss to the extent of the Insurer's payment.

The Insurer shall not acquire any right of recovery that the Insured has expressly waived prior to a loss, nor shall such waiver affect the Insured's rights under this Policy.

Any recovery from subrogation proceedings, less costs incurred by the Insurer in the proceedings, shall be payable to the Insured in the proportion that the amount of any applicable Deductible and/or any provable uninsured loss, bears to the entire provable amount.

2.   The right of subrogation against the Insured, affiliated, subsidiary and associated companies or corporations, or any other corporations or companies associated with the Insured through ownership or management, is waived. At the option of the Insured, subrogation against a tenant of the Insured may be waived.

## R.   SUIT AGAINST THE INSURER

No suit, action or proceeding for the recovery of any claim under this Policy shall be sustainable in any court of law or equity unless the Insured shall have fully complied with all the requirements of this

Policy, nor unless the same be commenced within twenty four (24) months following the date of the loss, provided that if under the laws of the applicable jurisdiction such time limitation is invalid, then any such claims shall be void unless such action, suit or proceedings is commenced within the shortest applicable limit of time permitted by the laws of such jurisdiction.

## S.   TITLES OF PARAGRAPHS

The titles of the paragraphs of this Policy, this form and of endorsements and supplemental contracts, if any, now or hereafter attached are inserted solely for convenience of reference and shall not limit or affect the provisions to which they relate.

# IX.   DEFINITIONS

These definitions shall apply to the terms wherever they appear in this Policy and any addendum and/or endorsement to this Policy.

## A.   ACTUAL CASH VALUE

The 'replacement cost' (as defined in VALUATION), less a reasonable allowance for physical deterioration.

## B.   BOILER AND MACHINERY

1.  Loss or damage caused by or resulting from explosion in, or of steam boilers, steam turbines, steam engines and steam pipes interconnecting any of the foregoing equipment owned, operated or controlled by the Insured, however;

    This definition shall not apply to loss or damage resulting from an explosion:

    a.  Of gases or fuel within the furnace of a boiler or within the flues or passages therefrom;

    b.  Involving the smelt bed within a furnace of a boiler of the chemical recovery type;

    c.  Outside of any equipment.

2.  Loss or damage caused by or resulting from rupture, bursting, cracking, bulging, burning or change of temperature of steam boilers, steam turbines, steam engines and pressure vessels, or piping or apparatus attached to any of the foregoing equipment owned, operated or controlled by the Insured, however:

    this definition shall not apply to direct physical loss or damage resulting from accidental discharge, escape, leakage, backup or overflow to the open of any material from confinement within piping, plumbing systems, tanks or equipment, except from that equipment identified in paragraph 1. above.

3.  Loss or damage from mechanical or electrical breakdown (except by direct lightning damage) of any equipment, unless such results directly in direct physical loss, damage or destruction insured by this Policy, in which event, this definition shall not apply to such resulting damage.

## C.   BOILER AND MACHINERY AMMONIA CONTAMINATION

The spoilage to the type of property insured hereunder from direct physical loss, damage, destruction, contaminated or polluted by ammonia, including any salvage expense caused by Boiler and Machinery as defined in X.B.

## D.   BOILER AND MACHINERY HAZARDOUS SUBSTANCE

Any additional expenses incurred by the Insured for the clean-up, repair or replacement or disposal to the type of property insured hereunder from direct physical loss damage, destruction, contaminated or polluted by Hazardous Substance caused by Boiler and Machinery as defined in X.B.

## E.   BOILER AND MACHINERY WATER DAMAGE

The direct physical loss, damage or destruction to the type of property insured hereunder by water including any salvage except no coverage applies to such damage resulting from leakage of a sprinkler system or domestic water piping caused by Boiler and Machinery as defined in X.B.

## F.   EARTHQUAKE AND EARTHQUAKE "OCCURRENCE"

A quaking, trembling, vibratory or undulating movement of a portion of the earth's crust, produced by underground volcanic forces or other pressures that produce a breaking, shifting or other movement of the earth's crust. Wherever used in this Policy, the term "Earthquake" shall be restricted exclusively to the actual, specific cracking, rupturing, shifting, toppling or collapse of property and shall not include loss, damage or destruction, if any, directly resulting from any ensuing fire, sprinkler leakage, or explosion. Such ensuing loss shall be construed to have been of the same "occurrence" but of a different proximate cause.

If more than one "Earthquake" occurs within any period of 72 hours during the term of this Policy, such "Earthquakes" shall be deemed to be a single "occurrence" within the meaning of this Policy. The Insured may determine the beginning of such 72-hour period.

Should any "Earthquake" commence prior to the expiration of this Policy and extend beyond the expiration date of this Policy, this Policy shall pay for all such losses occurring during such period as if such period fell entirely within the term of this Policy. But the Insurer shall not be liable for any loss commencing before the effective date and time or commencing after the expiration date and time of this Policy.

## G.   FINISHED STOCK

Stock manufactured by the Insured, which in the ordinary course of the Insured's business is ready for packing, shipment or sale.

## H.   FIRST NAMED INSURED

The "First Named Insured" shall be deemed as the sole and irrevocable agent of each and every Insured hereunder for the purpose of giving and receiving notices to and from the Insurer, giving instructions to or agreeing to the Insurer as respects policy alterations and for making or receiving adjustments to premium.

## I.    FLOOD AND FLOOD "OCCURRENCE"

A general and temporary condition of partial or complete inundation of normally dry land area from (1) the overflow of inland or coastal waters including any tsunami; (2) the unusual and rapid accumulation or run off of surface waters from any source; or (3) the spray from any of them, whether driven by wind or not, and shall not include loss, damage or destruction, if any, resulting from any ensuing fire, sprinkler leakage, or explosion. Such ensuing loss shall be construed to have been of the same "occurrence" but of a different proximate cause.

If any "Flood" occurs within a period of the continued rising or overflow of any natural or man-made bodies of water and the subsidence of same within their banks or results from any waves including tsunamis, tides, tidal waves or series of tidal waves caused by any one disturbance, all loss, damage or destruction by such "Flood" shall be deemed to be a single "occurrence" within the meaning of this Policy.

Should any "Flood" commence prior to the expiration of this Policy and extend beyond the expiration date of this Policy, this Policy shall pay for all such losses occurring during such period as if such period fell entirely within the term of this Policy. But the Insurer shall not be liable for any loss commencing before the effective date and time or commencing after the expiration date and time of this Policy.

"Flood" under this definition does not include water inundation, storm surge or "Flood", including loss or damage from the destruction or breaching of any levee, dam or dike as a result of actions or effects of a "Named Storm" because this coverage is included under "Named Storm"

## J.    GENERAL AVERAGE CONTRIBUTION AND SALVAGE CHARGES

Contribution by all of the parties in a sea adventure to make good loss sustained by one of their number on account of sacrifices voluntarily made of part of a ship or cargo to save residue; extraordinary expenses necessarily incurred by one or more of the parties for general benefit of all interests embarked in a general enterprise; expenses and costs incurred in the work of saving and preserving a ship or cargo which was in danger of loss or damage such as would be insured by this Policy.

## K.    HIGH HAZARD ZONES FOR EARTHQUAKE

| STATE/ REGION | COUNTIES |
|---|---|
| ALASKA | Entire State except Nome, North Slope, Northwest Arctic, Wade Hampton |
| CALIFORNIA | Entire State |
| HAWAII | Entire State |
| PUERTO RICO | Entire Commonwealth |
| NEW MADRID | Arkansas: Clay, Craighead, Crittenden, Cross, Greene, Jackson, Lawrence, Randolph, Sharp, Mississippi, Poinsett; <br><br> Illinois: Alexander, Massac, Pulaski, Union, Williamson, Johnson, Pope, Saline, Jackson, Franklin, Perry, Hardin, Randolph, Monroe, St. Clair, Washington, Clinton, Bond, Madison, Jefferson; <br><br> Indiana: Posey, Vanderburgh, Gibson, Warrick, Pike; |

| STATE/ REGION | COUNTIES |
|---|---|
| | <u>Kentucky:</u> Ballard, Carlisle, Fulton, Graves, Hickman, Livingston, McCracken, Marshall,Calloway;<br><br>Mississippi: Desoto, Tunica, Marshall, Tate, Coahoma, Bolivar;<br><br><u>Missouri:</u> Bollinger, Butler, Cape Girardeau, Dunklin, Mississippi, New Madrid, Pemiscot, Scott, Stoddard, St. Louis, St. Francois, St. Charles, Jefferson, Franklin, Warren, Washington, Iron, Wayne, Reynolds, Madison, St. Genevieve, Perry and the City of St. Louis;<br><br><u>Tennessee:</u> Crockett, Dyer, Haywood, Lake, Lauderdale, Obion, Shelby, Tipton, Gibson, Madison, Fayette, Hardeman. |
| PACIFIC NORTHWEST | Clallam, Jefferson, King, Kitsap, Mason, Pierce, San Juan, Skagit, Snohomish, Thurston and Whatcom, and The geographic area of British Columbia, Canada (including Vancouver Island and other Canadian islands) that is south of 50° north latitude and west of 120° west longitude |

## L.  IMPROVEMENTS AND BETTERMENTS

Fixtures, alterations, installations or additions comprising part of a building occupied but not owned by the Insured and acquired or made at the expense of the Insured, which the Insured cannot legally remove.

## M.  INSURABLE INTEREST OF THE INSURED IN PROPERTY OFOTHERS

1.  liability imposed by law upon the Insured for loss, damage or destruction, by a peril insured by this Policy, of property of others of the type insured by this Policy;or

2.  liability assumed by the Insured by specific agreement prior to loss for direct physical loss, damage or destruction by a peril insured by this Policy.

## N.  LAND IMPROVEMENTS

Any alteration to the natural condition of the land at a "location" by grading, landscaping and additions to such land including landscape gardening, pavements, retaining walls, roadways, or similar works, including golf courses and beaches, ponds, protected sand dunes and stabilization vegetation and including the cost of reclaiming, restoring or repairing "land improvements." "Land improvements" shall also include trees, plants and shrubs that are part of the natural condition of the land at a "location".

## O.  LOCATION

1.  A site listed on the most recent statement of values on file with the Insurer; or

2.  when insured:

    a.  as a "Miscellaneous Unreported Location" or
    b.  under Automatic Coverage for Newly Acquired Property or

    c.   under the Errors and Omissions clause

This definition of "location" shall further include a building, yard, dock, wharf, pier or bulkhead (or any group of the foregoing) bounded on all sides by public streets, clear land space or open waterways, each not less than fifty feet wide. Any bridge or tunnel crossing such street, space or waterway shall render such separation inoperative for the purpose of this definition.

## P.   MERCHANDISE

Goods kept for sale by the Insured, which are not "raw stock," "stock in process" or "finished stock."

## Q.   MISCELLANEOUS UNREPORTED LOCATION

Real and/or personal property of the type insured by this Policy at any "location" within the territorial limits of this Policy, which property is at the risk of the Insured at inception of the Policy but has not been listed on a report provided to the Insurer at inception or which becomes at the risk of the Insured after the inception date of this Policy but is not reported to the Insurer within the maximum number of days as shown in the Time Limit for Automatic Coverage for Newly Acquired Property in DECLARATIONS.

## R.   NAMED STORM AND NAMED STORM "OCCURRENCE"

The term "Named Storm" shall mean a weather condition that has been declared by the National Oceanic and Atmospheric Administration (NOAA), National Hurricane Center, or similar meteorological authority to be a hurricane, typhoon, tropical storm or cyclone that results in loss or damage to insured property directly or indirectly by:

1.   the force of wind caused by or resulting from a "Named Storm"; or

2.   any material, object or debris that is carried, propelled or in any manner moved by a "Named Storm"; or

3.   hail, lightning or tornado(es) that are a result of actions or effects of a "Named Storm"; or

4.   rain or water, whether the rain or water is driven by wind or not, that enters the insured property through an opening(s) created by the force of wind from a "Named Storm"; or

5.   water inundation, storm surge or "Flood" as defined herein, including loss or damage from the destruction or breaching of any levee, dam or dike as a result of actions or effects of a "Named Storm".

When the term "occurrence" applies to "Named Storm", it shall be defined as the sum total of all loss, damage or destruction arising out of or caused by the same atmospheric disturbance during any period of seventy - two (72) consecutive hours. The Insured shall have the right to elect the moment from which the seventy - two (72) hour period shall be deemed to have commenced, provided that no elected period of seventy - two (72) hours shall commence within the period of any previous occurrence.

## S.   NET SALES VALUE OF PRODUCTION

The sum of the net sales of the Insured's product during 'the year' (gross sales less discounts, returns, allowances, bad debts and prepaid freight to the extent included in sales figures), less inventory of "finished stock" at the beginning of 'the year' priced at sales value, plus the inventory of "finished stock" on hand at the end of 'the year' priced at sales value. 'The year' means the 365-day period ending on the date of the loss.

## T.   NORMAL

The condition that would have existed had no loss occurred.

## U.   OCCURRENCE

Except as specifically defined under "Earthquake," "Flood" and "Named Storm," all loss, damage or destruction that is attributable to one cause or to one series of similar causes. All such losses shall be added together and the total amount of such losses shall be treated as one "occurrence" irrespective of the period of time or area over which the losses occur.

Should any "occurrence" commence prior to the expiration of this Policy and extend beyond the expiration date of this Policy, this Policy shall pay for all such losses occurring during such period as if such period fell entirely within the term of this Policy. But the Insurer shall not be liable for any loss commencing before the effective date and time or commencing after the expiration date and time of this Policy.

## V.   ORDINARY PAYROLL

Ordinary payroll is defined to be the entire payroll expense for all employees of the Insured except officers, executives, department managers, employees under contract and other important employees as identified by the Insured.

## W.   RAW STOCK

Material in the state in which the Insured receives it for conversion by the Insured into "stock in process" or "finished stock."

## X.   STOCK IN PROCESS

"Raw stock" which has undergone any aging, seasoning, mechanical or other process of manufacture but which has not become "finished stock."

## Y.    HIGH HAZARD NAMED STORM ZONES USA – TIER 1

| STATE | | COUNTIES AND PARISHES |
|---|---|---|
| Alabama | Tier 1 | Baldwin, Mobile. |
| Florida | Tier 1 | Entire State |
| Georgia | Tier 1 | Bryan, Camden, Chatham, Glynn, Liberty, McIntosh. |
| Hawaii | Tier 1 | Entire State. |
| Louisiana | Tier 1 | Parishes of Assumption, Calcasieu, Cameron, Iberia, Jefferson, Lafourche, Livingstone, Orleans, Plaquemines, St. Bernard, St. Charles, St. James, St. John the Baptist, St. Martin (South), St. Mary, St. Tammany, Tangipahoa, Terrebonne, Vermillion. |
| Mississippi | Tier 1 | Hancock, Harrison, Jackson. |
| North Carolina | Tier 1 | Beaufort, Bertie, Brunswick, Camden, Carteret, Chowan, Columbus, Craven, Currituck, Dare, Gates, Hyde, Jones, New Hanover, Onslow, Pamlico, Pasquotank, Pender, Perquimans, Tyrrell, Washington. |
| Puerto Rico | Tier 1 | Entire Commonwealth. |
| South Carolina | Tier 1 | Beaufort, Berkeley, Charleston, Colleton, Dorchester, Georgetown, Hampton, Horry, Jasper |
| Texas | Tier 1 | Aransas, Brazoria, Calhoun, Cameron, Chambers, Galveston, Harris, Jackson, Jefferson, Kennedy, Kleberg, Liberty, Matagorda, Newton, Nueces, Orange, Refugio, San Patricio, Victoria, Willacy. |
| Virginia | Tier 1 | Accomack, Gloucester, Isle of Wight, James City, Lancaster, Mathews, Middlesex, Northampton, Northumberland, Surry, York and including the independent cities of Chesapeake, Hampton, Newport News, Norfolk, Poquoson, Portsmouth, Suffolk, Virginia Beach, Westmoreland, Williamsburg. |
| U.S. Virgin Islands | Tier 1 | Entire territory including St. Croix, St, John, and St. Thomas |

## Z.    TIME ELEMENT

All coverages in Section V. including all coverage extensions.

Attached to and forming part of Policy No. 021565822 of the Lexington Insurance Company.



_____
[Authorized Signature]

# ENDORSEMENT NO. 1: SUBSCRIPTION ENDORSEMENT (PRIMARY OR EXCESS)

In consideration of the premium charged, the subscribing Insurer hereto, hereinafter referred to as the "Insurer," does severally, but not jointly, agree to indemnify the Insured for the amount recoverable in accordance with the terms and conditions of this Policy and any Endorsements hereto, provided that:

1.  The collective liability of the subscribing "Insurer" shall not exceed its percentage of the Limit of Liability or any appropriate Sub-limit of Liability or any aggregate Limit of Liability in any Policy Year.

2.  The limit of the subscribing "Insurer" shall not exceed the Limit of the pro-rata percentage of Liability set against its name.

| "Insurer" | Lexington Insurance Company |
|---|---|
| "Insurer" Policy Number/Reference | 021565822 |
| "Insurer" Participation | USD110,000,000 (50.00%) part of USD220,000,000 excess of USD30,000,000 excess of the Policy Deductible(s) |
| "Insurer" Premium | $328,125 |

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the Policy, except as hereinabove set forth.

_Michael Martin_

_____

For the "Insurer"                                          Date      08/22/2019

**All Other Terms and Conditions Unchanged**

# ENDORSEMENT NO. 2: DROP DOWN AND PRIORITY OF PAYMENTS

**DROP DOWN AND PRIORITY OF PAYMENTS**

It is hereby agreed that the policy is amended as follows:

In determining the amount of any one loss, disaster or casualty for which this policy is excess, the total loss for all coverages caused by any combination of perils and/or property, one or more of which is insured against under the primary and any underlying policies, shall be used even though all such perils and/or property and/or coverages and/or locations, are not insured against under this excess policy.

1. Any recoveries made under the primary and any underlying policies shall be considered as first applying to those perils and/or property and/or coverages and/or locations, not insured against by this policy. Upon exhaustion of the primary and any underlying policy limits, this policy shall drop down and be liable for the loss in excess of the amount attributed to the primary and any underlying policies as respects those perils and/or property and/or coverages and/or locations insured hereunder subject to the limit and attachment point of this policy.

2. In the event the aggregate limits in any primary or any underlying policies are diminished or exhausted in any one policy year and those perils are covered by this policy, the coverage provided under this policy shall respond as excess of the remaining limits.

In such event, the applicable amount of the deductible provision of the primary policy shall apply to the combination of all policies.

In no event shall anything in this endorsement be construed to increase the sublimits detailed in the primary or any underlying policies

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the Policy, except as hereinabove set forth.

_Michael Martin_

_____        08/22/2019
For the "Insurer"                      _____
                                       Date

**All Other Terms and Conditions Unchanged**

# ENDORSEMENT NO. 3: OCCURRENCE LIMIT OF LIABILITY

It is understood and agreed that the following special terms and conditions apply to this policy:

1.       The limit of liability or Amount of Insurance shown on the face of this policy, or endorsed onto this policy, is the total limit of the Company's liability applicable to each occurrence, as hereafter defined. Notwithstanding any other terms and conditions of this policy to the contrary, in no event shall the liability of the Company exceed this limit or amount irrespective of the number of locations involved.

2.       The premium for this policy is based upon the Statement of Values on file with the Company, or attached to this policy. In the event of loss hereunder, liability of the Company, subject to the terms of paragraph one (1) above, shall be limited to the least of the following:

    a.       The actual adjusted amount of loss, less applicable to deductible(s).

    b.       The limit of Liability or Amount of Insurance shown on the face of this policy or endorsed onto this policy.

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the Policy, except as hereinabove set forth.

_Michael Martin_

_____
For the "Insurer"

08/22/2019
_____
Date

**All Other Terms and Conditions Unchanged**

# ENDORSEMENT NO. 4: LOCATIONS IN FEMA SFHA FLOOD ZONES 'A' AND 'V'

In consideration of the premium charged it is agreed that the buildings and structures at locations listed below are in Special Flood Hazard Areas. During the term of the policy no other locations will be considered to be in a SFHA even if a zone change occurs during the policy period. The only exception to this is Newly Acquired Locations and Miscellaneous Unscheduled Locations for which the flood zone will be determined at the time of loss.

**Locations in Special Flood Hazard Areas (SFHA) of 100-Year Flooding**

| Street Address | City | State | Postal Code |
|---|---|---|---|
| 3900 Petro Road | West Memphis | AR | 72301 |
| 2949 SOUTH TOLTEC RD. | Eloy | AZ | 85131 |
| 1501 North Fort Grant Road | Willcox | AZ | 85643 |
| 5552 Wheeler Ridge Road | Arvin | CA | 93203-9745 |
| 2930 Lenwood Road | Barstow | CA | 92311 |
| 2151 South Avenue | Corning | CA | 96021 |
| 19483 Knighton Rd. | Redding | CA | 96002 |
| 1041 CO-71 | Brush | CO | 80723 |
| 556 SR 44 | Wildwood | FL | 34785 |
| 3001 Grant Street | Gary | IN | 46408 |
| 2125 North 9th Street | Salina | KS | 67401 |
| 2301 North 9th Street | Salina | KS | 67401 |
| 2125 B North 9th Street | Salina | KS | 67401 |
| 1950 East Greg St. | Sparks | NV | 89431 |
| 9616 Commerce Drive | Dansville | NY | 14437 |
| 5150 Liberty Ave | Vermillion | OH | 44089 |
| 821 SOUTH COUNCIL ROAD | Oklahoma City | OK | 73128-4218 |
| 790 N.W. Frontage Rd. | Troutdale | OR | 97060 |
| 100 Art Rooney Ave | Pittsburgh | PA | 15212 |
| 115 Federal St. | Pittsburgh | PA | 15212 |
| 8301 N.HWY 281 | Edinburg | TX | 78541-7060 |
| 5935 Canal Rd | Valley View | OH | 44125 |
| 801 South Council Road | Oklahoma City | OK | 73128 |
| 802 E. York, Hwy 59 | Ganado | TX | 77962 |

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the Policy, except as hereinabove set forth.

_Michael Martin_
_____

For the "Insurer"

08/22/2019
_____

Date

**All Other Terms and Conditions Unchanged**

# ENDORSEMENT NO. 5: TENANT MOVE BACK COSTS / TENANT RELOCATION EXPENSE

It is hereby agreed that the policy is amended as follows:

**Tenant Move Back Costs**

Expenses incurred by the Insured to pay for 'covered move back costs' of tenants who temporarily vacate a "location" insured hereunder, when the "location" is untenantable due to physical loss, damage or destruction by a peril insured by this Policy.

Covered move back costs means documented, reasonable and necessary costs of packing (including insuring and carting) tenants' property; costs of reestablishing utility services; costs of assembling and setting up tenants' property at the location of loss, and costs to unpack and reshelve stock and supplies. Covered move back expenses do not include, however, loss caused by the termination of a lease or other agreement, nor security deposits or other payments, forfeitures or penalties made to the landlord or lessor of other quarters used by the tenants.

**Tenant Relocation Expense**

This policy is extended to cover reasonable and necessary relocation expenses incurred by the Insured to relocate:

a) Residents, tenants, or lawful occupants to other quarters when rented space or living quarter(s) at a described location are made uninhabitable as a result of direct physical loss or damage insured by this policy at a covered location.

Coverage is provided for the reasonable and necessary expense of:

a) Packing, sorting, and transportation cost for personal property of tenants, residents, or lawful occupants;

b) Reestablishing new utility services, less refunds from discontinued services, at the damaged location;

c) Searching for and securing a new facility or property;

d) Disconnecting and reconnecting fixtures and equipment; and

e) Storage costs while awaiting possession of other quarters or restoration of an existing facility or property.

No coverage is provided for:

    a)   Loss caused by termination of a lease or other agreement;
    b)   Security deposits, rents, or other payments made to landlords or lessors of a new facility or property;
    c)   Down payments, legal fees and/or closing costs for the purchase of a new facility or property; or;
    d)   Loss or damage to the property.

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the Policy, except as hereinabove set forth.

_Michael Martin_                        08/22/2019
_____             _____
**For the "Insurer"**                              **Date**
**All Other Terms and Conditions Unchanged**

# ENDORSEMENT NO. 6: COMMUNICABLE DISEASE CONTAMINATION

Subject to the Annual Aggregate for Communicable Disease, we will pay actual business income loss sustained by you and communicable disease extra expense and crisis response expenses incurred by you, during the period of indemnity due to an order of the health authority during the policy period that results in a partial or total suspension of your business operations at your covered location.

The following additional definitions apply to this Additional Time Element Coverage and supersede any similar definitions of this Policy to the contrary:

1. Crisis response expenses means reasonable and necessary expenses incurred:

    a. For public relations to restore the reputation and stature of your covered location, and

    b. To assist you to recover money from any governmental program or agency for communicable disease extra expense incurred at your covered location.

2. Communicable disease extra expense means reasonable and necessary extra expenses to:

    a. Cleanup, remove and dispose of any property at your covered location that is contaminated by the presence of a communicable disease, and

    b. Restore your covered location to its original condition, in a manner to satisfy the minimum requirements of any law or ordinance regulating communicable diseases.

In addition, if your covered location is a medical facility, then we will also pay the reasonable and necessary extra expenses to:

    a. Purchase vaccines, antibiotics, anti-viral medications, or other similar medications; and

    b. Purchase medical equipment (excluding hospital beds) or ordinary medical materials.

With respect to Subsections 2.a. and 2.b. above, such purchases must be over and above the standard stock, equipment and materials held by you, that is not reimbursable or provided from any other source.

3. Covered location, for purposes of this Endorsement, means: (1) those locations as described on the most recent Statement of Locations and Values and (2) newly acquired property, provided that such property meets the criteria set forth in the NEWLY ACQUIRED PROPERTY Additional Coverage.

4. Medical facility means a hospital, medical clinic or similar facility, situated at a covered location, which is used to provide medical services to your patients.

5. Order of the health authority means a written order partially or totally suspending your business operations due to the presence of a communicable disease(s) at your covered location issued by a governmental health authority having jurisdiction over such business operations.

6. Period of indemnity means the period of time that begins on the effective date of the order of the health authority and ends on the earlier of:

    a. The number of days set forth in the above Schedule (as the Maximum Period of Indemnity); or

b. When such order is lifted, rescinded, or removed.

The end of the policy period will not cut short the period of indemnity.

This Additional Coverage does not apply to any business income loss, communicable disease extra expense or crisis response expenses due to any governmental health authority requirements that you have failed to comply with before the communicable disease contamination.

Reference and Application: The following term(s) mean when used in this coverage:

      A.      Communicable Disease: Illness sustained by any person who is or was at the insured location resulting from:

      1.      food or drink poisoning, or

      2.      any human infectious or human contagious disease (excluding Acquired Immune Deficiency Syndrome), an outbreak of which the competent local authority has stipulated shall be notified to them.

All other terms and conditions of the Policy remain the same.

_Michael Martin_

_____       _____
For the "Insurer"                                            Date

08/22/2019

**All Other Terms and Conditions Unchanged**

# ENDORSEMENT NO. 7: GUEST PROPERTY/BRAND STANDARDS

It is hereby agreed that the policy is amended as follows:

**GUEST PROPERTY**

This policy covers direct physical loss or damage by a covered cause of loss, not including theft, at a covered location to Personal Property of registered Guests of the type insured , not otherwise excluded by this policy subject to the applicable sub-limit of insurance of USD 1,000,000 per occurrence and USD 2,500,000 in the aggregate

**Brand Standards**

In the event of direct physical loss or damage to real or personal property property that is covered property by a covered cause of loss, we will pay for reasonable additional costs the insured incurs to upgrade such covered property to the standard required by the Franchisor as outlined in the franchise documents in effect on the date and time of the loss (hereinafter, the standard).

Such costs are in addition to the amounts payable under the Valuation provision of this Policy.

We shall not be liable for any cost set forth above if you were required to comply with such standard prior to the time of the direct physical loss or damage and failed to comply within a reasonable period of time with such standard.

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the Policy, except as hereinabove set forth.

_Michael Martin_

08/22/2019

_____          _____
**For the "Insurer"**                                   **Date**

**All Other Terms and Conditions Unchanged**

# ENDORSEMENT NO. 8: TERRORISM EXCLUSION

This endorsement modifies insurance provided by the Policy:

This insurance does not cover loss or damage caused directly or indirectly by terrorism whether controlled or uncontrolled, proximate or remote, sudden or over any length of time, or which is contributed to or aggravated by any other cause or event. Such terrorism is excluded regardless of any other cause or event occurring concurrently or in any sequence with such terrorism.

As used herein, terrorism means the use or threatened use of force or violence against a person or property, or commission of an act dangerous to human life or property, or commission of an act that interferes with or disrupts an electronic or communication system, undertaken by any person or group, whether or not acting on behalf of or in any connection with any organization, government, power, authority or military force, when the effect is to intimidate, coerce or harm:

a. A government;

b. The civilian population of a country, state or community; or

c. Disrupt the economy of a country, state or community.

So long as the Terrorism Risk Insurance Act of 2002, and any revisions or amendments thereto is in effect (the "Act"), terrorism includes a certified act of terrorism defined by Section 102. Definitions of the Act.

All other terms and conditions of the Policy remain the same.

*Michael Martin*

_____
Authorized Representative

**PR4266 (12/14)**

TA Policy form – bound version                                                                    64

# ENDORSEMENT NO. 9: WAR AND TERRORISM EXCLUSION

(Applies to locations outside the United States of America, its territories and possessions)

This endorsement modifies insurance provided by the Policy:

Notwithstanding any provision to the contrary within this insurance or any endorsement thereto, it is agreed that this insurance excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any of the following regardless of any other cause or event contributing concurrently or in any other sequence to the loss:

1.   War, invasion, acts of foreign enemies, hostilities or warlike operations (whether war be declared or not), civil war, rebellion, revolution, insurrection, civil commotion assuming the proportions of or amounting to an uprising, military or usurped power; or

2.   Any act of terrorism.

For the purpose of this endorsement an act of terrorism means an act including, but not limited to, the use of force or violence and/or the threat thereof, of any person or group(s) of persons, whether acting alone or on behalf of or in connection with any organization(s) or government(s), committed for political, religious, ideological or similar purposes including the intention to influence any government and/or to put the public, or any section of the public, in fear.

This endorsement also excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any action taken in controlling, preventing, suppressing or in any way relating to 1. and/or 2. above.

If the Underwriters allege that by reason of this exclusion, any loss, damage, cost or expense is not covered by this insurance the burden of proving the contrary shall be upon the Assured.

In the event any portion of this endorsement is found to be invalid or unenforceable, the remainder shall remain in full force and effect.

All other terms and conditions of the Policy remain the same.



_____
Authorized Representative

**NMA2918 (08/2001)**
**LX8569**

TA Policy form – bound version                                                                                    65

# ENDORSEMENT NO. 10: ECONOMIC SANCTIONS

This endorsement modifies insurance provided by the Policy:

The Insurer shall not be deemed to provide cover and the Insurer shall not be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose the Insurer, its parent company or its ultimate controlling entity to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union or the United States of America.

All other terms and conditions of the Policy remain the same.

_Michael Martin_

_____
Authorized Representative

# ENDORSEMENT NO. 11: ANTI-STACKING

This endorsement modifies insurance provided by the Policy:

The following condition is added to the policy:

If this insurance and any other insurance issued to the Insured by the Company or any entity that the Company controls, is controlled by or is under common control with applies to the same loss, claim, suit, occurrence or accident, whichever is applicable, then:

1.      The maximum limit of liability, or

2.      The maximum sublimit of liability with respect to a specific coverage or specific Covered Cause of Loss or peril;

under all insurance available from the above entities in the aggregate will not exceed the highest applicable limit of liability or highest applicable sublimit of liability available under any one policy.

However, this condition does not apply to any other insurance issued to the Insured by the Company or any entity that the Company controls, is controlled by or is under common control with which is specifically written to be primary to, in excess of, or quota share with the policy to which this endorsement is attached.

All other terms and conditions of the Policy remain the same.



_____
Authorized Representative

**PR4259 (07/14)**

# ENDORSEMENT NO. 12: UPGRADE TO GREEN℠ - COMMERCIAL

This endorsement modifies insurance provided by the policy:

The coverages and valuation provision provided by this endorsement only apply if direct physical loss or damage to covered real and/or personal property is caused by any of the perils covered by the policy and replacement cost valuation applies. This coverage does not apply to: (1) personal property of others in the Insured's care, custody, and control, (2) leased personal property, and/or (3) finished or unfinished stock.

In no event, does this endorsement increase or change the per occurrence limit of liability shown in the declarations or the annual aggregate for specified perils.

1.  Notwithstanding the Valuation Provision of this policy or limits of liability applicable to specific locations or perils, if replacement cost valuation applies to real and/or personal property, then the Company's liability for loss applicable to this endorsement shall be the cost to repair or replace the covered damaged property, subject to the applicable limit of liability, plus the least of the following amounts:

    A.   The reasonable and necessary amount to upgrade to green the covered damaged property as described in Coverage Section A - Non-LEED® Certified Coverage or as described in Coverage Section B – LEED® Certified Coverage, whichever is applicable; or

    B.   An additional 25% of the applicable limit of liability for the building and/or business personal property shown in the Statement of Values or similar schedule to upgrade to green; or

    C.   $   2,000,000       to upgrade to green

    At the Insured's sole discretion, the Insured may elect not to upgrade to green any or all property for which upgrade to green coverage is provided under this endorsement. In such case, the Company will adjust the claim in accordance with the standard provisions of the policy, as modified by all other applicable endorsements.

    Subject to the least of A., B., or C. above, if business interruption coverage is provided as part of this policy, if necessary, the Period of Restoration shall be increased to allow for additional time to upgrade to green the damaged property plus up to an additional two week period to meet the requirements set forth in 4.B.

2.  **COVERAGE SECTION A: NON-LEED CERTIFIED COVERAGE**

    In the event of direct physical loss or damage by any of the perils covered by the policy to a building that is not LEED certified at the time of the loss, or to the personal property within such a building, the Company will pay to repair or replace damaged or destroyed:

    A.   **Loss Settlement for Personal Property**

        (1)   "Appliances" or "Office Equipment" with products of like kind and quality that have been identified as "ENERGY STAR® " or equivalent products of such energy efficiency. If there are no such products available at the time of the loss, this upgrade to green coverage does not apply.

        (2)   "Systems Furniture" or "Seating", with products of like kind and quality that are certified as GREENGUARD® Indoor Air Quality Certified or products with similar emissions characteristics. If there are no such products available at the time of the loss, this upgrade to green coverage does not apply.

    B.   **Loss Settlement for Your Building**

**(1)     Interior Finish Materials Upgrade**

    **a.   Lower Emissions Products Upgrade Coverage**

    "Defined Building Materials" with products of like kind and quality that have "Lower Emissions". If there are no such products available at the time of the loss, this upgrade to green coverage does not apply.

    **b.   Environmentally Preferable Products Upgrade Coverage**

    Interior wood, carpeting and flooring with products of like kind and quality that have "Lower Emissions", are "Sustainably Produced", are "Rapidly Renewable" or include "Recycled Content". If there are no such products available at the time of the loss, this upgrade to green coverage does not apply.

**(2)     Interior Plumbing Systems Upgrade Coverage**

Interior plumbing fixtures including, but not limited to, toilets, shower heads, and lavatory faucets with products of like kind and quality that are more "Water Efficient". If there are no such products available at the time of the loss, this upgrade to green coverage does not apply. For damaged or destroyed faucets, the Company will also pay to install occupant sensors to reduce the potable water demand.

**(3)     Lighting Systems Upgrade Coverage**

Lighting systems, with products of like kind and quality that have been identified as "ENERGY STAR" or equivalent products of such energy efficiency. If there are no such products available at the time of the loss, this upgrade to green coverage does not apply. The Company will also pay to repair or replace damaged light bulbs with light bulbs which have low mercury content.

**(4)     Efficient Heating and Cooling Equipment Upgrade Coverage**

"Heating and cooling equipment" with products of like kind and quality that have been identified as "ENERGY STAR" or equivalent products of such energy efficiency. If there are no such products available at the time of the loss, this upgrade to green coverage does not apply.

**(5)     Building Reconstruction Following Total Loss**

    **a.**   Solely with respect to a "Total Loss" to a building, the Company will pay to replace the building on its existing foundation using the most cost effective techniques, products and materials that should satisfy the prerequisites and earn the minimum number of points required to qualify for LEED Silver certification using the LEED New Construction (LEED NC®) Rating System.

    **b.   Certification Expenses**

    **(i)**   The Company will pay the reasonable and necessary registration and certification fees charged by the United States Green Building Council (USGBC) that the Insured incurs should the Insured decide to seek LEED Silver certification. However, the Company will not pay to modify the reconstructed structure if it is not certified.

    **(ii)**   The Sublimit of Insurance for this coverage is $25,000.

3.  **COVERAGE SECTION B: LEED CERTIFIED COVERAGE**

In addition to all Coverages provided in Coverage Section A (with the exception of 2.B.(5) Building Reconstruction Following a Total Loss) and in the event of direct physical loss or damage by any of the perils covered by the policy to a building that is LEED certified at the time of the loss, or to the personal property within such building, the Company will pay to repair or replace damaged or destroyed:

A.  **Loss Settlement for Trees, Shrubs, and Vegetative Roofs**

    (1)  Trees and shrubs planted specifically to secure the Heat Island Effect: Non-Roof point as described in LEED NC. For the purposes of this coverage only, notwithstanding any other provision of the policy to the contrary, trees and shrubs are Covered Property. The sublimit of insurance for this coverage is $3,000 per tree or $3,000 per shrub up to a maximum of $25,000.

    (2)  Vegetative roofs on LEED certified buildings. Notwithstanding any other provision of the policy to the contrary, vegetative roofs are Covered Property.

B.  **Loss Settlement for Your Building**

    (1)  **Recertification Expenses**

        a.  In the event of direct physical loss or damage by any of the perils covered by the policy that necessitates recertification of the damaged building, the Company will pay the reasonable and necessary registration and certification fees charged by the USGBC that the Insured incurs as a result of the recertification process.

        b.  The Sublimit of Insurance for this coverage is $25,000.

    (2)  **Building Reconstruction Following Total Loss**

        a.  Solely with respect to a "Total Loss" to a building that is LEED certified at the time of the loss, the Company will pay to replace the building on its existing foundation using the most cost effective techniques, products and materials that would satisfy the prerequisites and should earn the minimum number of points required to qualify for LEED certification at one level above the certification in effect at the time of the loss using the LEED NC Rating System.

        b.  **Certification Expenses**

           (i)  The Company will pay the reasonable and necessary registration and certification fees charged by the USGBC that the Insured incurs should the Insured decide to seek LEED certification. However, the Company will not pay to modify the reconstructed structure if it is not certified.

           (ii)  The Sublimit of Insurance for this coverage is $25,000.

4.  **COVERAGES INCLUDED WITHIN COVERAGE SECTIONS A OR B AND APPLICABLE TO LEED® AND NON-LEED® CERTIFIED BUILDINGS**

In the event of direct physical loss or damage by any of the perils covered by the policy to a LEED or Non-LEED certified building:

A.  **Recycling Expenses**

**(1)**   The Company will pay the Insured's expenses to clean-up, sort, segregate, and transport debris from the Insured's damaged building to recycling facilities, if such debris can be recycled.

**(2)**   The Sublimit of Insurance for this coverage is $25,000 and is in addition to the debris removal expense sublimit provided by the policy, if any.

**(3)**   Any income or remuneration derived from this recycling shall be used to reduce the loss.

**B.**   **Air Testing and Outdoor Air Ventilation of the Reconstructed Space**

**(1)**   In accordance with the requirements for the Construction IAQ Management Plan: Before Occupancy Credit as described in the LEED NC rating system (hereinafter, "Construction IAQ"), the Company will pay to conduct air testing and a building flush-out (if required because of a failure to meet air quality standards set forth in the Construction IAQ) and follow-up air testing for a total period of time not to exceed two weeks.

**(2)**   After the two week period of increased outdoor air ventilation of the reconstructed space, the Company will pay to replace the filtration media with new media.

**(3)**   The Sublimit of Insurance for this coverage is $25,000.

**C.**   **Professional Services**

The Company will pay reasonable and necessary expenses to hire a LEED Accredited architect or engineer to participate in the design and/or construction administration of the damaged portion of the building or the entire building, whichever is applicable.

The Sublimit for this coverage is $50,000.

**D.**   **Building Commissioning Expenses**

**(1)**   In the event of direct physical loss or damage to mechanical, electrical, or electronic building systems, by any of the perils covered by the policy which necessitates the commissioning or re-commissioning of those systems, the Company will pay reasonable and necessary expenses of a Professional Engineer to commission or re-commission those damaged systems in accordance with LEED protocols.

**(2)**   The Sublimit of Insurance for this coverage is $25,000.

**5.**   **ADDITIONAL DEFINITIONS**

**A.**   "Appliances" means products including, but not limited to, dishwashers, refrigerators, freezers, ovens, microwave ovens, room air conditioners, room air cleaners and water heaters.

**B.**   "Defined Building Materials" means: (1) all carpet and floor coverings, including, adhesives to affix them to the floor, (2) all interior paints, architectural coatings, primers, undercoatings, adhesives, sealants, and (3) permanently installed composite wood fixtures, including, counters, cabinets, and partitions.

**C.**   "ENERGY STAR" means any product that has been identified by the United States Government Department of Energy, Environmental Protection Agency as ENERGY STAR qualified at the time of the loss.

**D.**   "Heating and Cooling Equipment" means products including, but not limited to, heat pumps, boilers, central air conditioning, ceiling fans, dehumidifiers, exhaust fans, furnaces, thermostats, and ventilating fans.

**E.**   "Lower emissions" means:

**(1)**   With respect to adhesive and sealant products, such as, general construction adhesives, flooring adhesives, fire-stopping sealants, caulking, duct sealants, plumbing adhesives, and cove base adhesives, products that meet the requirements of South Coast Air Quality Management District (SCAQMD) Rule #1168; with respect to aerosol adhesives, products that meet Green Seal Standard GS-36 requirements;

**(2)**   With respect to architectural paints, coatings, and primers, products that do not exceed the volatile organic compound (VOC) content limits established in Green Seal Standard GS-11, with respect to anti-corrosive and anti-rust paints, products that do not exceed the VOC content limits established in Green Seal Standard GS-03; and with respect to clear wood finishes, floor coatings, stains, and shellacs, products that do not exceed the VOC content limits established by SCAQMD Rule #1113

**(3)**   With respect to carpet and carpet cushion, products that meet the requirements of the Carpet and Rug Institute's Green Label Plus Program; and

**(4)**   With respect to composite wood and agrifiber products such as particleboard, medium density fiberboard (MDF), plywood, wheatboard, strawboard, panel substrates and door cores as well as laminating adhesives used to fabricate on-site and shop-applied composite wood and agrifiber assemblies, products that contain no added urea- formaldehyde resins.

**F.**   "Office Equipment" means electronic products including, but not limited to, desktop computers, laptop computers, monitors, printers, fax machines, scanners, copiers, and telephones.

**G.**   "Recycled Content" means those products that contain at least 20% postconsumer recycled content.

**H.**   "Rapidly Renewable" means products that are made from plant resources that are harvested within a ten-year cycle or shorter, including, but not limited to, bamboo, eucalyptus, wheat straw, sunflower hulls, cork oak, wheatboard, linoleum, and sorghum.

**I.**   "Seating" means task and guest chairs used with "System Furniture".

**J.**   "Sustainably Produced" means those products certified by the Forest Stewardship Council ("FSC").

**K.**   "System Furniture" means either a panel-based workstation comprised of modular interconnecting panels, hang-on components and drawer/filing components of a freestanding grouping of furniture items and their components that have been designed to work in concert.

**L.**   "Total Loss" means:

**(1)**   The covered building is completely destroyed regardless of whether any damage is done to the foundation or slab, or

**(2)**   The covered building is in such condition after the loss that the standard method of rebuilding or repairing the covered building is to raze the structure except for the foundation or slab or including all or part of the foundation or slab and rebuild the entire structure, whether such structure is actually rebuilt or not.

**M.**    "Water Efficient" means dry fixtures such as composting toilet systems and non-water using urinals, flush toilets using no more than 1.6 gallons of water per flush, and shower heads and faucets with a flow rate of no more than 2.2 gallons per minute.

All other terms and conditions of the Policy remain the same.



_____
                                        Authorized Representative

**PR8346 (02/08)**

# ENDORSEMENT NO. 13: ELECTRONIC DATA ENDORSEMENT A

1.   **Electronic Data Exclusion**

Notwithstanding any provision to the contrary within the Policy or any endorsement thereto, it is understood and agreed as follows:-

a)   This Policy does not insure loss, damage, destruction, distortion, erasure, corruption or alteration of ELECTRONIC DATA from any cause whatsoever (including but not limited to COMPUTER VIRUS) or loss of use, reduction in functionality, cost, expense of whatsoever nature resulting therefrom, regardless of any other cause or event contributing concurrently or in any other sequence to the loss.

ELECTRONIC DATA means facts, concepts and information converted to a form useable for communications, interpretation or processing by electronic and electromechanical data processing or electronically controlled equipment and includes programs, software and other coded instructions for the processing and manipulation of data or the direction and manipulation of such equipment.

COMPUTER VIRUS means a set of corrupting, harmful or otherwise unauthorized instructions or code including a set of maliciously introduced unauthorized instructions or code, programmatic or otherwise, that propagate themselves through a computer system or network of whatsoever nature. COMPUTER VIRUS includes but is not limited to 'Trojan Horses', 'worms' and 'time or logic bombs'.

b)   However, in the event that a peril listed below results from any of the matters described in paragraph a) above, this Policy, subject to all its terms, conditions and exclusions, will cover physical damage occurring during the Policy period to property insured by this Policy directly caused by such listed peril.

Listed Perils:
Fire, Explosion

2.   **Electronic Data Processing Media Valuation**

Notwithstanding any provision to the contrary within the Policy or any endorsement thereto, it is understood and agreed as follows:-

Should electronic data processing media insured by this Policy suffer physical loss or damage insured by this Policy, then the basis of valuation shall be the cost to repair, replace or restore such media to the condition that existed immediately prior to such loss or damage, including the cost of reproducing any ELECTRONIC DATA contained thereon, providing such media is repaired, replaced or restored. Such cost of reproduction shall include all reasonable and necessary amounts, not to exceed $25,000,000 any one loss, incurred by the Assured in recreating, gathering and assembling such ELECTRONIC DATA. If the media is not repaired, replaced or restored the basis of valuation shall be the cost of the blank media. However this Policy does not insure any amount pertaining to the value of such ELECTRONIC DATA to the Assured or any other party, even if such ELECTRONIC DATA cannot be recreated, gathered or assembled.



_____
Authorized Representative

**NMA 2914 (01/01)**

# ENDORSEMENT NO. 14: HIGH HAZARD CONVECTIVE STORM ZONES

It is hereby agreed that the following definition is added to the policy.

Definition of High Hazard Convective Storm Zones:

| State | Counties |
|-------|----------|
| Colorado | Adams; Arapahoe; Baca; Bent; Cheyenne; Crowley; Denver; Douglas; El Paso; Elbert; Kiowa; Kit Carson; Las Animas; Lincoln; Logan; Morgan; Otero; Phillips; Prowers; Pueblo; Sedgwick; Washington; Weld; Yuma; |
| Illinois | Calhoun; Greene; Jersey; Macoupin; Madison; Monroe; Saint Clair; |
| Kansas | Allen; Anderson; Atchison; Barber; Barton; Bourbon; Brown; Butler; Chase; Chautauqua; Cherokee; Cheyenne; Clark; Clay; Cloud; Coffey; Comanche; Cowley; Crawford; Decatur; Dickinson; Douglas; Edwards; Elk; Ellis; Ellsworth; Finney; Ford; Franklin; Geary; Gove; Graham; Grant; Gray; Greeley; Greenwood; Hamilton; Harper; Harvey; Haskell; Hodgeman; Jackson; Jefferson; Jewell; Johnson; Kearny; Kingman; Kiowa; Labette; Lane; Leavenworth; Lincoln; Linn; Logan; Lyon; Marion; Marshall; McPherson; Meade; Miami; Mitchell; Montgomery; Morris; Morton; Nemaha; Neosho; Ness; Norton; Osage; Osborne; Ottawa; Pawnee; Phillips; Pottawatomie; Pratt; Rawlins; Reno; Republic; Rice; Riley; Rooks; Rush; Russell; Saline; Scott; Sedgwick; Seward; Shawnee; Sheridan; Sherman; Smith; Stafford; Stanton; Stevens; Sumner; Thomas; Trego; Wabaunsee; Wallace; Washington; Wichita; Wilson; Woodson; Wyandotte; |
| Missouri | Andrew; Atchison; Barry; Barton; Bates; Benton; Buchanan; Camden; Cass; Cedar; Christian; City of St. Louis; Clay; Clinton; Crawford; Dade; Dallas; Dekalb; Dent; Douglas; Franklin; Gasconade; Greene; Henry; Hickory; Holt; Howell; Jackson; Jasper; Jefferson; Johnson; Laclede; Lafayette; Lawrence; Lincoln; Maries; McDonald; Newton; Nodaway; Oregon; Osage; Ozark; Phelps; Platte; Polk; Pulaski; Ray; Shannon; St. Charles; St. Clair; St. Louis; Stone; Taney; Texas; Vernon; Warren; Washington; Webster; Wright; |
| Nebraska | Adams; Antelope; Arthur; Banner; Blaine; Boone; Box Butte; Boyd; Brown; Buffalo; Burt; Butler; Cass; Cedar; Chase; Cherry; Cheyenne; Clay; Colfax; Cuming; Custer; Dawes; Dawson; Deuel; Dodge; Douglas; Dundy; Fillmore; Franklin; Frontier; Furnas; Gage; Garden; Garfield; Gosper; Grant; Greeley; Hall; Hamilton; Harlan; Hayes; Hitchcock; Holt; Hooker; Howard; Jefferson; Johnson; Kearney; Keith; KeyaPaha; Kimball; Knox; Lancaster; Lincoln; Logan; Loup; Madison; McPherson; Merrick; Morrill; Nance; Nemaha; Nuckolls; Otoe; Pawnee; Perkins; Phelps; Pierce; Platte; Polk; Red Willow; Richardson; Rock; Saline; Sarpy; Saunders; Scotts Bluff; Seward; Sheridan; Sherman; Sioux; Stanton; Thayer; Thomas; Thurston; Valley; Washington; Wayne; Webster; Wheeler; York; |
| New Mexico | Chaves; Colfax; Curry; DeBaca; Eddy; Guadalupe; Harding; Lea; Lincoln; Quay; Roosevelt; SanMiguel; Union; |
| Oklahoma | Adair; Alfalfa; Atoka; Beaver; Beckham; Blaine; Bryan; Caddo; Canadian; Carter; Cherokee; Choctaw; Cimarron; Cleveland; Coal; Comanche; Cotton; Craig; Creek; Custer; Delaware; Dewey; Ellis; Garfield; Garvin; Grady; Grant; Greer; Harmon; Harper; Haskell; Hughes; Jackson; Jefferson; Johnston; Kay; Kingfisher; Kiowa; Latimer; Le Flore; Lincoln; Logan; Love; Major; Marshall; Mayes; McClain; McCurtain; McIntosh; Murray; Muskogee; Noble; Nowata; Okfuskee; Oklahoma; Okmulgee; Osage; Ottawa; Pawnee; Payne; Pittsburg; Pontotoc; Pottawatomie; Pushmataha; RogerMills; Rogers; Seminole; Sequoyah; Stephens; Texas; Tillman; Tulsa; Wagoner; Washington; Washita; Woods; Woodward; |
| South Dakota | Aurora; Beadle; Bennett; Bon Homme; Brookings; Brown; Brule; Buffalo; Butte; Campbell; Charles Mix; Clark; Clay; Codington; Corson; Custer; Davison; Day; Deuel; Dewey; Douglas; Edmunds; FallRiver; Faulk; Gregory; Haakon; Hamlin; Hand; Hanson; Harding; Hughes; Hutchinson; Hyde; Jackson; Jerauld; Jones; Kingsbury; Lake; Lawrence; Lincoln; Lyman; Marshall; McCook; McPherson; Meade; Mellette; Miner; Minnehaha; Moody; Oglala Lakota; Pennington; Perkins; Potter; Sanborn; Spink; Stanley; Sully; Todd; Tripp; Turner; Union; Walworth; Yankton; Ziebach; |

| | |
|---|---|
| Texas | Anderson;Andrews;Archer;Armstrong;Bailey;Bandera;Baylor;Bell;Bexar;Blanco;Borden;Bosque;Bowie; Brewster;Briscoe;Brown;Burnet;Callahan;Camp;Carson;Cass;Castro;Cherokee;Childress;Clay;Cochran; Coke; Coleman; Collin; Collingsworth; Comal; Comanche; Concho; Cooke; Coryell; Cottle; Crane; Crockett; Crosby; Culberson; Dallam; Dallas; Dawson; Deaf Smith; Delta; Denton; Dickens; Donley; Eastland; Ector; Edwards;Ellis;Erath;Falls;Fannin;Fisher;Floyd;Foard;Franklin;Freestone;Gaines;Garza;Gillespie; Glasscock;Gray;Grayson;Gregg;Hale;Hall;Hamilton;Hansford;Hardeman;Harrison;Hartley;Haskell;Hays; Hemphill;Henderson;Hill;Hockley;Hood;Hopkins;Howard;Hunt;Hutchinson;Irion;Jack;JeffDavis;Johnson; Jones;Kaufman;Kendall;Kent;Kerr;Kimble;King;Kinney;Knox;Lamar;Lamb;Lampasas;Limestone; Lipscomb; Llano; Loving; Lubbock; Lynn; Marion; Martin; Mason; Maverick; McCulloch; McLennan; Medina; Menard;Midland;Mills;Mitchell;Montague;Moore;Morris;Motley;Navarro;Nolan;Ochiltree;Oldham;Palo Pinto; Panola; Parker; Parmer; Pecos; Potter; Presidio; Rains; Randall; Reagan; Real; Red River; Reeves; Roberts; Rockwall; Runnels; Rusk; San Saba; Schleicher; Scurry; Shackelford; Sherman; Smith; Somervell; Stephens;Sterling;Stonewall;Sutton;Swisher;Tarrant;Taylor;Terrell;Terry;Throckmorton;Titus;TomGreen; Travis;Upshur;Upton;Uvalde;ValVerde;VanZandt;Ward;Wheeler;Wichita;Wilbarger;Williamson;Winkler; Wise; Wood; Yoakum; Young; Zavala; |
| Wyoming | Albany; Campbell; Carbon; Converse; Crook; Goshen; Johnson; Laramie; Niobrara; Platte; Sheridan; Weston; |

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the Policy, except as hereinabove set forth.

*Michael Martin*

_____          08/22/2019
_____

For the "Insurer"                            Date

**All Other Terms and Conditions Unchanged**

**ENDORSEMENT #015**

**This endorsement, effective 12:01 AM**, 06/30/2019
**Forms a part of Policy No.:** 021565822
**Issued to:** TRAVELCENTERS OF AMERICA INC. (TA)
**By:** LEXINGTON INSURANCE COMPANY

# STANDARD PROPERTY CONDITIONS

This endorsement modifies insurance provided by the Policy:

The following provisions are hereby made part of this Policy. These provisions shall take precedence if and to the extent there is a conflict with any other policy provision(s).

## MINIMUM EARNED PREMIUM CLAUSE

In the event of cancellation of this Policy by the Insured, a minimum premium of $ 41,016 shall become earned, any provision of the Policy to the contrary notwithstanding. Failure of the Insured to make timely payment of premium shall be considered a request by the Insured for the Company to cancel on the Insured's behalf. In the event of such cancellation for non-payment of premium, the minimum earned premium shall be due and payable; provided, however, such cancellation shall be rescinded if the Insured remits and the Company receives the full policy premium with 10 days after the date of issuance of the cancellation notice. Such remittance and acceptance by the Company shall not affect the minimum earned premium provision of this endorsement. In the event of any other cancellation by the Company, the earned premium shall be computed pro-rata, not subject to the minimum earned premium.

## CANCELLATION CLAUSE

Except and to the extent of the Minimum Earned Premium Clause which is part of this Policy, this clause supersedes other cancellation clauses made a part of this Policy.

CANCELLATION: This Policy may be cancelled by the Insured by surrender thereof to the Company or by mailing to the Company written notice stating when thereafter such cancellation shall be effective. This Policy may be cancelled by the Company by mailing to the Insured, at the mailing address shown in this Policy or last known address, written notice, stating when, not less than 90 days thereafter (10 days for non-payment of premium) such cancellation shall be effective. The effectiveness of cancellation is not dependent on the return of unearned premium with the notice. Proof of mailing of notice as aforesaid shall be sufficient proof of notice. The effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the Insured or the Company shall be equivalent to mailing. If the Insured cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the Company cancels, earned premium shall be computed pro rata. Premium adjustment shall be made as soon as practicable after cancellation becomes effective.

## SERVICE OF SUIT CLAUSE

In the event of failure of the Company to pay any amount claimed to be due hereunder, the Company, at the request of the Insured, will submit to the jurisdiction of a court of competent jurisdiction within the United States. Nothing in this condition constitutes or should be understood to constitute a waiver of the Company's rights to commence an action in any court of competent jurisdiction in the United States to remove an action to a United States District Court or to seek a transfer of a case to another court as permitted by the laws of the United States or of any state in

©American International Group, Inc.
All Rights Reserved.

the United States. It is further agreed that service of process in such suit may be made upon Counsel, Legal Department, Lexington Insurance Company, 99 High Street, Boston, Massachusetts 02110 or his or her representative, and that in any suit instituted against the Company upon this Policy, the Company will abide by the final decision of such court or of any appellate court in the event of an appeal.

Further, pursuant to any statute of any state, territory, or district of the United States which makes provision therefor, the Company hereby designates the Superintendent, Commissioner or Director of Insurance, or other officer specified for that purpose in the statute, or his or her successors in office, as its true and lawful attorney upon whom may be served any lawful process in any action, suit, or proceeding instituted by or on behalf of the Insured or any beneficiary hereunder arising out of this Policy of insurance, and hereby designates the above named Counsel as the person to whom the said officer is authorized to mail such process or a true copy thereof.

## WAR RISK EXCLUSION CLAUSE

The Company shall not be liable for any loss, caused directly or indirectly, by (1) hostile or warlike action in time of peace or war, whether or not declared, including action in hindering, combating or defending against an actual, impending or expected attack (a) by government or sovereign power (dejure or de facto) or by any authority maintaining or using military, naval or air forces; or (b) by military, naval or air forces; or (c) by an agent of any such government, power, authority or force (2) any weapon of war employing atomic fission or radioactive force whether in time of peace or war, whether or not its discharge was accidental; (3) insurrection, rebellion, revolution, civil war, usurped power, or action taken by government authority in hindering, combating, or defending against such an occurrence, seizure or destruction; (4) any consequence of any of the foregoing.

## NUCLEAR EXCLUSION CLAUSE

The Company shall not be liable for loss by nuclear reaction or nuclear radiation or radioactive contamination all whether controlled or not, and whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by the peril(s) insured against in this Policy. If the peril of fire is insured under this Policy, then, subject to the foregoing and all provisions of this Policy, direct loss by fire resulting from nuclear reaction or nuclear radiation or radioactive contamination is insured against by this Policy. This Policy does insure against loss or damage caused by sudden and accidental radioactive contamination, including resultant radiation damage, from material used or stored or from processes conducted on the Insured premises, provided that, at the time of such loss or damage, there is neither a nuclear reactor nor any new or used nuclear fuel on the Insured premises.

## SALVAGE AND RECOVERY CLAUSE

All salvages, recoveries, and payments (other than proceeds from subrogation and underlying insurance), will accrue entirely to the benefit of the Company until the sum paid or payable by the Company is recovered or reduced as applicable.

## REQUIREMENTS IN CASE OF LOSS

The Insured shall:

1.   Give prompt written notice of any loss or damage to the Company,

2.   Promptly contact the applicable authority having jurisdiction in the event a law has been broken, and promptly file a written report with such authority,

3. Protect the property from further loss or damage,

4. Separate the damaged and undamaged personal property,

5. Maintain such property in the best possible order, and

6. Furnish a complete inventory of the lost, destroyed, damaged and undamaged property, showing in detail quantities, costs, actual cash value and amount of loss claimed,

7. Furnish all other documents or insurance policies that the Company may reasonably require,

8. Allow the Company to access and inspect any of the damaged or undamaged property, and

9. Submit to examination under oath at such times as may be reasonably required about any matter relating to this insurance or any claim;

## PROOF OF LOSS AND PAYMENT

The Insured shall complete and sign a sworn proof of loss within sixty (60) days after the Company's request stating the time and origin of the loss, the interest of the Insured and of all others in the property, the value of each item thereof determined in accordance with the Valuation conditions of this Policy and the amount of loss or damage thereto and all encumbrances thereon, all other contracts of insurance, whether collectible or not, covering any of said property and any changes in the title, use, occupation, location, possession or exposures of said property subsequent to the issuance of this Policy, by whom and for what purpose any building herein described and the several parts thereof were occupied at the time of loss whether or not it then stood on leased ground. All adjusted claims shall be due and payable thirty (30) days after the presentation and acceptance of satisfactory proof(s) of loss at the office of the Company at 99 High Street, Boston, Massachusetts 02110.

## GOVERNMENT ACTIVITY CLAUSE

The Company shall not be liable for any loss or damage caused directly or indirectly by the seizure, confiscation or destruction of insured property by any governmental body or public authority, including any customs or quarantine action. This exclusion shall not apply to an order or action of a governmental body or public authority to destroy insured property for the purpose of preventing the spread of fire or explosion nor to the enforcement of any law or ordinance relating to the construction or repair of damaged property as covered by DEMOLITION AND INCREASED COST OF CONSTRUCTION of this Policy.

All other terms and conditions of the Policy remain the same.



Authorized Representative

**ENDORSEMENT #016**

**This endorsement, effective 12:01 AM**, 06/30/2019
**Forms a part of Policy No.:** 021565822
**Issued to:** TRAVELCENTERS OF AMERICA INC. (TA)
**By:** LEXINGTON INSURANCE COMPANY

# MOLD / FUNGUS EXCLUSION
### (with direct result of covered loss exception)

This endorsement modifies insurance provided by the Policy:

In consideration of the premium charged, it is hereby understood and agreed that this Policy is amended as follows.

The Company shall not be liable for any loss or damage in the form of, caused by, arising out of, contributed to, or resulting from fungus, mold(s), mildew or yeast; or any spores or toxins created or produced by or emanating from such fungus, mold(s), mildew or yeast;

    (a) fungus includes, but is not limited to, any of the plants or organisms belonging to the major group fungi, lacking chlorophyll, and including mold(s), rusts, mildews, smuts and mushrooms;

    (b) mold(s) includes, but is not limited to, any superficial growth produced on damp or decaying organic matter or on living organisms, and fungi that produce mold(s);

    (c) spores means any dormant or reproductive body produced by or arising or emanating out of any fungus, mold(s), mildew, plants, organisms or microorganisms,

regardless of any other cause or event that contributes concurrently or in any sequence to such loss.

This exclusion shall not apply to any loss or damage in the form of, caused by, contributed to or resulting from fungus, mold(s), mildew or yeast, or any spores or toxins created or produced by or emanating from such fungus, mold(s), mildew or yeast which the Insured establishes is a direct result of a Covered Loss not otherwise excluded by the Policy, provided that such fungus, mold(s), mildew or yeast loss or damage is reported to the Company within twelve months from the expiration date of the Policy.

All other terms and conditions of the Policy remain the same.

*Michael Martin*

_____
Authorized Representative

©American International Group, Inc.
All Rights Reserved.

**ENDORSEMENT #017**

**This endorsement, effective 12:01 AM**, 06/30/2019
**Forms a part of Policy No.:** 021565822
**Issued to:** TRAVELCENTERS OF AMERICA INC. (TA)
**By:** LEXINGTON INSURANCE COMPANY

## POLLUTION, CONTAMINATION, DEBRIS REMOVAL EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided by the Policy:

**1.      Property Not Covered**

This Policy does not cover land, land values or water.

**2.      Pollution and Contamination Exclusion.**

This Policy does not cover loss or damage caused by, resulting from, contributed to or made worse by actual, alleged or threatened release, discharge, escape or dispersal of CONTAMINANTS or POLLUTANTS, all whether direct or indirect, proximate or remote or in whole or in part caused by, contributed to or aggravated by any physical damage insured by this Policy.

Nevertheless, if fire is not excluded from this Policy and a fire arises directly or indirectly from seepage or contamination or pollution, any loss or damage insured under this Policy arising directly from that fire is insured, subject to the provisions of this Policy.

CONTAMINANTS or POLLUTANTS means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, which after its release can cause or threaten damage to human health or human welfare or causes or threatens damage, deterioration, loss of value, marketability or loss of use to property insured hereunder, including, but not limited to, bacteria, virus, or hazardous substances as listed in the Federal Water, Pollution Control Act , Clean Air Act, Resource Conservation and Recovery Act of 1976, and Toxic Substances Control Act or as designated by the U. S. Environmental Protection Agency. Waste includes materials to be recycled, reconditioned or reclaimed.

This exclusion shall not apply when loss or damage is directly caused by fire, lightning, aircraft impact, explosion, riot, civil commotion, smoke, vehicle impact, windstorm, hail, vandalism, malicious mischief. This exclusion shall also not apply when loss or damage is directly caused by leakage or accidental discharge from automatic fire protective systems.

**3.      Asbestos, Dioxin or Polychlorinated Biphenyls Exclusions**

This Policy does not cover –

a)       Asbestos, dioxin or polychlorinated biphenyls (hereinafter all referred to as "Materials") removal from any good, product or structure unless the asbestos is itself damaged by fire, lightning, aircraft impact, explosion, riot, civil commotion, smoke, vehicle impact, windstorm or hail, vandalism, malicious mischief, or leakage or accidental discharge from automatic fire protective system.

©American International Group, Inc.
All Rights Reserved.

b)      Demolition or increased cost of reconstruction, repair, debris removal or loss of use necessitated by the enforcement of any law or ordinance regulating such Materials;

c)      Any governmental direction or request declaring that such Materials present in or part of or utilized on any undamaged portion of the insured's property can no longer be used for the purpose for which it was intended or installed and must be removed or modified.

The exception to exclusion 3(a), above, does not apply to payment for the investigation or defense of any loss, damage or any undamaged portion of the insured's property that can no longer be used for the purpose for which it was intended

**4.      Debris Removal Exclusion**

The Company will pay the expense within the sum insured to remove debris of insured property damaged or destroyed by an insured peril during the policy term.

The Company will not pay the expense to:

a)      Extract contaminants or pollutants from the debris; or

b)      Extract contaminants or pollutants from land or water; or

c)      Remove, restore or replace contaminated or polluted land or water; or

d)      Remove or transport any property or debris to a site for storage or decontamination required because the property or debris is affected by pollutants or contaminants, whether or not such removal, transport, or decontamination is required by law or regulation.

It is a condition precedent to recovery under this extension that the Company shall have paid or agreed to pay for direct physical loss or damage to the property insured hereunder and that the Insured shall give written notice to the Company of intent to claim for cost of removal of debris or cost to clean up not later than 180 days after the date of such physical loss or damage.

**5.      Authorities Exclusion**

Notwithstanding any of the provisions of this Policy, the Company shall not be liable for loss, damage, costs, expenses, fines or penalties incurred or sustained by or imposed on the Insured at the order of any Government Agency, Court or other Authority arising from any cause whatsoever.

All other terms and conditions of the Policy remain the same.



_____
Authorized Representative

ENDORSEMENT #018

**This endorsement, effective 12:01 AM**, 06/30/2019
**Forms a part of Policy No.:** 021565822
**Issued to:** TRAVELCENTERS OF AMERICA INC. (TA)
**By:** LEXINGTON INSURANCE COMPANY

## COMBINED PROPERTY/BOILER & MACHINERY MILLENNIUM ENDORSEMENT

This endorsement modifies insurance provided by the Policy:

A.   The Insurer will not pay for Damage or Consequential Loss directly or indirectly caused by, consisting of, or arising from, the failure of any computer, data processing equipment, media microchip, operating systems, microprocessors (computer chip), integrated circuit or similar device, or any computer software, whether the property of the Insured or not, and whether occurring before, during or after the year 2000 that results from the inability to:

   1.   correctly recognize any date as its true calendar date;

   2.   capture, save, or retain, and/or correctly manipulate, interpret or process any data or information or command or instruction as a result of treating any date other than its true calendar date; and/or

   3.   capture, save, retain or correctly process any data as a result of the operation of any command which has been programmed into any computer software, being a command which causes the loss of data or the inability to capture, save, retain or correctly process such data on or after any date.

B.   It is further understood that the Insurer will not pay for the repair or modification of any part of an electronic data processing system or its related equipment, to correct deficiencies or features of logic or operation.

C.   It is further understood that the Insurer will not pay for Damage or Consequential Loss arising from the failure, inadequacy, or malfunction of any advice, consultation, design, evaluation, inspection, installation, maintenance, repair or supervision done by the Insured or for the Insured or by or for others to determine, rectify or test, any potential or actual failure, malfunction or inadequacy described in A. above.

Such Damage or Consequential Loss described in A, B, or C above, is excluded regardless of any other cause that contributed concurrently or in any other sequence.

This endorsement shall not exclude subsequent Damage or Consequential Loss, not otherwise excluded, which itself results from a Defined Peril. Defined Peril shall mean fire, lightning, explosion, aircraft or vehicle impact, falling objects, windstorm, hail, tornado, hurricane, cyclone, riot, strike, civil commotion, vandalism, malicious mischief, earthquake, volcano, tsunami, freeze or weight of snow, sudden and accidental breakdown of an object, including mechanical and electrical breakdown.

All other terms and conditions of the Policy remain the same.

*Michael Martin*

_____
Authorized Representative

©American International Group, Inc.
All Rights Reserved.