UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TRAVELCENTERS OF AMERICA INC.,

          Plaintiff,          Civil Action No. _____

vs.

IRONSHORE SPECIALTY INSURANCE COMPANY; and

LEXINGTON INSURANCE COMPANY;

          Defendants.

**LEXINGTON INSURANCE COMPANY'S RULE 7.1 DISCLOSURE STATEMENT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## **RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendant Lexington Insurance Company, through its undersigned attorneys, certifies that the following are corporate parents and/or any publicly held corporations that own 10% or more of Lexington's stock:

Lexington Insurance Company is a direct, wholly-owned (100%) subsidiary of AIG Property Casualty U.S., Inc., which is a wholly-owned (100%) subsidiary of AIG Property Casualty Inc., which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation. No parent entity or publicly held entity owns 10% or more of the stock of American International Group, Inc.

Dated: December 28, 2021          Respectfully submitted,

LEXINGTON INSURANCE CO.
By its attorney,

*/s/ Kenneth N. Thayer*
Kenneth N. Thayer (BBO# 671029)
thayer@sugarmanrogers.com
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114
Tel. (617) 227-3030

**CERTIFICATE OF SERVICE**

On this 28th day of December, 2021, I, Kenneth N. Thayer, counsel for Defendant Lexington Insurance Company, served the foregoing document upon all counsel of record by U.S. Mail and email.

*/s/ Kenneth N. Thayer*
Kenneth N. Thayer